UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ZANE BROWN,

    Plaintiff,

v.                                                    CV No. 23-00355 DHU/GJF

LEA COUNTY SHERIFF'S
DEPARTMENT, COREY HELTON,
MICHAEL WALKER, MIKE
GALLAGHER, and CRAIG BOVA,

    Defendants.

### ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*. The presiding judge denied Defendants' Motions to Dismiss in part on March 28, 2024, and April 15, 2024. ECFs 24, 25. Yet, for reasons not readily apparent, Defendants have still not filed responsive pleadings. Federal Rule of Civil Procedure 12(a)(4)(A) provides, "if the court denies the motion [to dismiss], . . . the responsive pleading must be served within 14 days after notice of the court's action."

**IT IS THEREFORE ORDERED** that **on or before June 14, 2024**, Defendants must show cause in writing why they have not filed Answers in this matter.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE