AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** New Mexico

Zane Brown

Plaintiff (s),

V.

Helton et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cv-00355-DHU-GJF

Notice is hereby given that, subject to approval by the court, __Zane Brown__ substitutes
(Party (s) Name)

__Benjamin Gubernick__, State Bar No. __145006__ as counsel of record in
(Name of New Attorney)

place of __Joseph M. Zebas__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Waldo Gubernick Law Advocates LLP
- Address: 717 Texas Ave. Suite 1200   Houston, TX 77002
- Telephone: (346) 277-0287   Facsimile (346) 341-0169
- E-Mail (Optional): ben@wglawllp.com346

I consent to the above substitution.
Date: 6/28/2024

*(Signature of Party (s))* — DocuSigned by: B09D66446C53476

I consent to being substituted.
Date: 6/28/2024

*(Signature of Former Attorney (s))* — DocuSigned by: Joe Zebas 647A6DEC84F042A

I consent to the above substitution.
Date: 6/28/2024

*(Signature of New Attorney)* — DocuSigned by: Benjamin Gubernick 45848FFD2556473

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]