IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZANE BROWN,

    Plaintiff,                                                         No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY SHERIFF'S
DEPARTMENT; COREY HELTON;
MICHAEL WALKER; MIKE
GALLAGHER; and CRAIG BOVA,
    Defendants.

## NOTICE OF AGREED-UPON EXTENSION

NOTICE is hereby given that Plaintiff Zane Brown, has retained new legal counsel Waldo Gubernick Law Advocates LLP. Plaintiff's counsel has filed a *Consent Order Granting Substitution of Attorney Joseph Zebas* [Doc. 30]. Plaintiff's new counsel intends to file a third amended complaint. Therefore, the parties agreed to an extension of time to allow Plaintiff to file a new pleading and Defendants, Lea County Sheriff's Department, Corey Helton, Michael Walker, Mike Gallagher, and Craig Bova, by and through counsel MYNATT SPRINGER P.C. (Benjamin J. Young), will respond within 14 days.

Respectfully submitted,

MYNATT SPRINGER P.C.

BENJAMIN J. YOUNG
New Mexico Bar No. 144702
P.O. Box 2699
Las Cruces, NM 88004
(575) 524-8812
bjy@mynattspringer.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2024, a copy of the foregoing pleading was served on the following via CM/ECF and electronic mail:

Waldo Gubernick Law Advocates LLP
717 Texas Ave Suite
Houston, TX 77002
ben@gubernicklaw.com

BENJAMIN J. YOUNG