IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZANE BROWN,

**Plaintiff,**

v.   2:23-cv-00355-DHU-GJF

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,

**Defendants.**

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to Local Rule of Civil Procedure 7.4(e), Plaintiff Zane Brown ("Plaintiff") provides notice that briefing is complete on "Plaintiff's Motion to Consolidate Related cases" (Dkt. 36).

The defendants in the above-captioned cases have filed a response in opposition to the motion (Dkt. 38).

Plaintiff has filed a reply in support of the motion (Dkt. 39).

The plaintiffs in the related cases do not oppose the motion.

None of the defendants in the related cases have indicated a position on the motion or filed a response to the motion.

Respectfully submitted,

WGLA, LLP

By:_____
Benjamin Gubernick (SBN 145006)
E-mail: ben@wglawllp.com
Telephone 346-277-0287
Fax: 346-341-0169
717 Texas Ave. Suite 1200
Houston, TX 77002

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was electronically filed on August 14 and served on all counsel of record, in compliance with the Federal Rules of Civil Procedure.

*/s/ Benjamin Gubernick*
Benjamin Gubernick
