**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

ZANE BROWN,

    Plaintiff,

v.                                                                               Civ. No. 23-355 DHU/GJF

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

    Defendants.

## ORDER ON MOTION TO EXTEND DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Extend Pretrial Deadlines (Dkt. No. 65), filed on December 10, 2025. After consulting with the presiding judge and confirming his intent to maintain the trial date as scheduled (*see* Dkt. No. 54), the motion will be **GRANTED IN PART** and **DENIED IN PART**. Specifically, the motion is **GRANTED** to the extent that the Court will extend the deadlines as follows:

    Discovery:  from December 15, 2025 to February 2, 2026

    Discovery motions:  from December 29, 2025 to February 13, 2026

    Dispositive motions:  from January 15, 2026 to February 27, 2026

The motion is **DENIED** in all other respects.

**IT IS THEREFORE ORDERED** that the Joint Motion to Extend Pretrial Deadlines (Dkt. No. 65) is **GRANTED IN PART** and **DENIED IN PART** as explained herein.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE