**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

ZANE BROWN,

       Plaintiff,                              **No. 2:23-cv-355 DHU/GJF**

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and MICHAEL WALKER,

       Defendants.

**ORDER GRANTING IN PART UNOPPOSED MOTION**
**TO EXTEND DISPOSITIVE MOTIONS DEADLINE**

THIS MATTER is before the Court on the Joint Motion to Extend Dispositive Motions Deadline [Dkt. 74].  In the Motion, which represents the fourth time the parties have sought to extend the original scheduling order, the parties seek (1) an extension of the dispositive motions deadline by another six weeks, from March 27 to May 8, 2026, and (2) an extraordinary 90-day extension of the ordinary 14-day deadline for Plaintiff's response to Defendants' forthcoming motion for summary judgment and qualified immunity.  In light of the looming June 1, 2026 jury trial setting that has been in place for more than a year [*see* Dkt. 54] and in light of the obvious effect on the trial date that granting this Motion would have, the undersigned solicited the views of the presiding judge on the instant Motion.

IT IS THEREFORE ORDERED that the Motion is GRANTED to the following extent:

Dispositive Motion deadline is extended only until **April 10, 2026**.

Plaintiff is authorized **45 days** in which to respond to Defendants' forthcoming Motion for Summary Judgment and Qualified Immunity, with Defendants' reply due **14** days thereafter.

The Motion is DENIED in all other respects.

The presiding judge will VACATE AND RESET the trial date by separate order.

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE