**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ZANE BROWN,**

   **Plaintiff,**          **No. 2:23-CV-00355-DHU-GJF**

**v.**

**LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,**

   **Defendants.**

### COUNTY DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

COME NOW Defendants Lea County Board of County Commissioners (the "County"), Corey Helton, and Michael Walker (collectively "County Defendants"), by and through counsel of record, MYNATT SPRINGER P.C. (Benjamin J. Young and Haley R. Grant) hereby move this Court for an order to extend the dispositive motions deadline. [Doc. 75]. Plaintiff's counsel's position on the Motion was sought via email on April 7, 2026, and Plaintiff opposes the extension.

1. The dispositive motions deadline is set for April 10, 2026, and County Defendants seek to extend the deadline until April 15, 2026 to accommodate undersigned counsel's scheduled vacation from April 9 through April 12, 2026.

2. County Defendants understand the Court's intent not to extend the dispositive motions deadline any further as a result of the extensions granted.

3. However, Undersigned counsel has booked non-refundable flights and may be forced to lose the funds associated with the trip while cancelling a much needed vacation.

4. The trial setting has also been vacated in this case, and an additional extension will not materially affect a future trial setting or Plaintiff's rights. [Doc. 78].

5.      Allowing an extension on dispositive motions will allow County Defendants the opportunity to file motion practice that is close to complete but is anticipated to require additional review before final filing.

6.      Undersigned counsel has already cancelled family Easter holiday plans to work on County Defendants' forthcoming motion for summary judgment and has dedicated substantial time to meet the current April 10, 2026 dispositive motions deadline.

7.      Undersigned counsel is doing everything in their power to ensure that County Defendants meet the April 10, 2026 deadline, and they still hope to meet this deadline.

8.      However, to best serve their clients' interests and further refine the length and quality of the motion for summary judgment, an extension.

9.      County Defendants will also be seeking a motion for page extension and extension on exhibits with the current draft of the motion for summary judgment sitting at about 70 pages and is expected to range be somewhere between 85 and 95 pages in length.

10.     Plaintiff's counsel has further advised that they oppose any extension of pages for the motion for summary judgment and its exhibits.

11.     County Defendants will enclose a copy of the motion for summary judgment and exhibits with the motion to extend these page limits.

12.     Nonetheless, Plaintiff's opposition to the extensions may entail further briefing before County Defendants are even permitted to file the motion for summary judgment.

WHEREFORE, County Defendants respectfully request this Court to enter an Order and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

MYNATT SPRINGER P.C.

BENJAMIN J. YOUNG
New Mexico Bar No. 144702
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
bjy@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for Defendants County Defendants*

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2026, a copy of the foregoing pleading was served on the counsel of record below via CM/ECF Filing system and electronic mail:

WGLA, LLP
Benjamin Gubernick
ben@wglawllp.com

Curtis Waldo
curtis@wglawllp.com
*Attorneys for Plaintiff*

HALEY R. GRANT