**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

CASE NO.    **23-CV-355**    DATE: 4/9/2026

TITLE: *Brown v. Lea Cnty Sheriff's Dept*

COURTROOM CLERK: S. Berton        COURT REPORTER:  S. Silva

COURT IN SESSION:  1:31 PM – 2:02 PM    TOTAL TIME: 31 MINUTES

TYPE OF PROCEEDING: STATUS CONFERENCE RE: MOTION TO EXTEND DISPOSITIVE MOTION DEADLINES (DOC. 80) AND TRIAL SCHEDULING

COURT RULING: COURT RESET DEADLINES AND DISCUSSED TRIAL SETTING. ORDERS TO FOLLOW.

ATTORNEYS PRESENT FOR PLAINTIFF(S):    ATTORNEYS PRESENT FOR DEFENDANT(S):

 Benjamin Gubernick        Haley Grant
 Curtis Waldo


PROCEEDINGS:

1:31 PM: COURT IN SESSION.   THE PARTIES ENTER THEIR APPEARANCES.

1:32 PM: COURT NOTES THAT DEFENSE FILED MOTION FOR EXTENSION OF DISPOSITIVE MOTIONS DEADLINE AND INDICATES CONCERN ABOUT MULTIPLE EXTENSIONS AND TRIAL SCHEDULING GIVEN THE COURT'S DOCKET. COURT ALSO INDICATES CONCERN ABOUT ANTICIPATED LENGTH OF SUMMARY JUDGMENT MOTION. COURT ASKS DEFENSE COUNSEL TO ADDRESS THESE CONCERNS.

1:37 PM: MS. GRANT DISCUSSES HER MOTION AND ANSWERS QUESTIONS FROM THE COURT. SHE ANTICIPATES SHE WILL BE ABLE TO FILE HER MOTION FOR SUMMARY JUDGMENT TOMORROW. REGARDING THE LENGTH OF THE MOTION, SHE ASSERTS THAT THERE WERE SEVERAL INVESTIGATIONS AND MANY WITNESSES. THE LENGTH OF THE MOTION PRIMARILY COMES FROM THE NUMBER OF UNDISPUTED MATERIAL FACTS, NOT A LENGTHY LEGAL ARGUMENT.

1:38 PM: MR. GUBERNICK DISCUSSES PLAINTIFF'S POSITION. HE ARGUES THIS IS A STRAIGHTFORWARD CASE AND DEFENSE WILL HAVE THE OPPORTUNITY TO CALL WITNESSES AND PRESENT TESTIMONY AT TRIAL. SUCH A LENGTHY MOTION FOR SUMMARY JUDGMENT IS NOT A GOOD USE OF THE COURT'S OR THE PARTIES' RESOURCES.

1:39 PM: COURT INDICATES HE WILL DENY ANY MOTION TO EXTEND THE PAGE LIMIT BEYOND 42

PAGES, WHICH HE VIEWS AS REASONABLE IN THIS CASE. IN LINE WITH THE EXTENSION ALLOWED FOR DEFENDANTS, HE WILL ALLOW A 15-PAGE EXTENSION ON THE RESPONSE AS WELL.

1:41 PM: MS. GRANT INDICATES THAT IT WILL BE DIFFICULT TO CUT DOWN THE MOTION AND ASKS THAT THE COURT REVIEW THE MOTION AND ACCOMPANYING MOTION TO EXTEND BEFORE DENYING IT. SHE EXPLAINS THEY WILL LIKELY NOT BE ABLE TO MEET THE CURRENT DEADLINE IF THEY NEED TO CUT THE MOTION DOWN SO SIGNIFICANTLY.

1:42 PM: COURT STATES HE WOULD PREFER TO GRANT AN EXTENSION OF TIME TO FILE IF DEFENDANTS CAN CUT THE MOTION DOWN TO SOMETHING MORE REASONABLE. THE COURT SETS THE FOLLOWING UPDATED LIMITATIONS: DEFENDANTS HAVE UNTIL APRIL 24 TO SUBMIT THEIR MOTION FOR SUMMARY JUDGMENT, WITH A PAGE LIMIT OF 42 PAGES. PLAINTIFF'S RESPONSE IS DUE IN 30 DAYS, AND THE COURT WILL ALLOW A 15-PAGE EXTENSION OF THE PAGE LIMIT. DEFENDANTS' REPLY, IF ANY, WILL BE DUE WITHIN THE NORMAL TIME FRAME WITH THE NORMAL PAGE LIMIT UNDER THE LOCAL RULES.

1:46 PM: COURT MOVES ON TO DISCUSS TRIAL SETTING AND ASKS HOW LONG PARTIES NEED.

1:47 PM: MR. GUBERNICK THINKS PLAINTIFF COULD PRESENT THEIR CASE IN 5 DAYS, INDICATING THEY PLAN TO CALL 12-15 FACT WITNESSES, BUT NO EXPERT WITNESSES.

1:48 PM: MS. GRANT THINKS DEFENDANTS WILL NEED AT LEAST TWO WEEKS FOR THEIR PRESENTATION, WITH 20-25 WITNESSES.

1:51 PM: COURT ASKS PARTIES' AVAILABILITY FOR 3 WEEK TRIAL STARTING SEPTEMBER 28. WITH AGREEMENT FROM THE PARTIES, THE COURT INDICATES TRIAL WILL BE SET FOR SEPTEMBER 28, 2026, TO EXTEND THROUGH OCTOBER 16, 2026, AND WILL ISSUE A TRIAL NOTICE ACCORDINGLY. PLAINTIFF INDICATES QUALIFIED IMMUNITY SHOULD NOT BE AN ISSUE, AS THEY PLAN TO FILE A DISMISSAL OF THE INDIVIDUAL LIABILITY 1983 CLAIMS. BASED ON THE PARTIES' PREFERENCE, THE COURT WILL INQUIRE ABOUT THE POSSIBILITY OF HOLDING THE TRIAL IN LAS CRUCES.

2:01 PM: MS. GRANT ASKS IF THE COURT WILL RULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BEFORE TRIAL. COURT SAYS YES, SO LONG AS THE BRIEFING IS COMPLETE BY JUNE, THE COURT WILL INTEND TO HAVE A RULING ON THE MOTION BEFORE TRIAL.

2:02 PM: COURT IN RECESS.