IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZANE BROWN,

    **Plaintiff,**          No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,

    **Defendants.**

### DECLARATION OF JON MARTINEZ

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2. I swear under penalty of perjury and the laws of the State of New Mexico that the matters set forth in this Declaration are true and accurate as based on my personal knowledge.

3. I am a certified law enforcement officer in the State of New Mexico and chief deputy of Lea County, New Mexico and the Lea County Sheriff's Office ("LCSO").

4. I received the enclosed grievance review from LCSO Undersheriff Michael Walker on March 4, 2022. *See* Attach. 1, BN 10-11 Grievance Review.

5. I received the enclosed email from Phoenix House Executive Director Gretchen Koether concerning Plaintiff Zane Brown on June 27, 2022. *See* Attach. 2, BN 249 Koether Complaint.

6. I also received the enclosed complaint and email from Selena Savill, a social worker with the Child Advocacy Center ("CAC") in Hobbs the same day. *See* Attach. 3, BN 250 Email from Savell; Attach. 4, BN 251 Savell Complaint.

7. I wrote the enclosed email to Undersheriff Walker on September 13, 2022 regarding former LCSO Captain Victor Hernandez' investigation into the Phoenix House and CAC complaints against Mr. Brown. *See* Attach. 5, Brown BN 507 Martinez Email.

8. On September 26, 2022, I issued Plaintiff copies of the attached letter of counseling and verbal reprimand, and he signed copies. *See* Attach. 6, BN 257-258 Verbal Counseling; Attach. 7, BN 255-256 Letter of Counseling.

9. Enclosed is the position description for deputy sheriff which has been updated since former Hobbs Police Department ("HPD") Sergeant Ahmaad White applied for the position in 2021. However, the background check and alcohol screening pre-employment requirements have remained the same. *See* Attach. 8, BN 1083-1098 Deputy Position Description.

10. I recall then LCSO Corporal Travis Hobbs approaching me in 2021 while Mr. White's application process was pending asking whether I recalled White's prior application and why he was not hired.

11. I remember learning about marijuana use and distribution by Ahmaad White concerning an LCSO application for employment after reviewing his background investigation report, which was completed by then Training Coordinator Tom Dunford who I supervised at the time.

12. I recall reviewing Mr. White's initial and then amended applications for the deputy position in 2021 along with an initial and amended background reports from Mr. Brown, returning

**EXHIBIT 3**

Doc ID: 50edfc2cc41ed522faaaf0e9cff6b49d90a9321c

Doc ID: 50edfc2cc41ed522faaaf0e9cff6b49d90a9321c

the initial background report for information as to White's prior drug use and distribution, and approving White's corrected application correcting the omissions.

13. From there, Mr. White progressed to the interview phase, though I understand that he withdrew his application for consideration when he learned no exception could be made to increase the posted pay.

FURTHER DECLARANT SAYETH NAUGHT

*Jon Martinez*

Jon Martinez, Declarant

04 / 07 / 2026

Date:

Doc ID: 50edfc2cc41ed522faaaf0e9cff6b49d90a9321c

**Corey Helton**
**Sheriff**

**Michael Walker**
**Undersheriff**

## Lea County Sheriff's Office



**March 4, 2022**

**TO:**    **Chief Deputy Jon Martinez**

**FR:**    **Undersheriff Michael Walker**

**RE:**    **Grievance Review – 22AI-002 – Investigator Zane Brown**

**Foundation for Discipline:**
Investigator Diane Garcia filed a formal grievance against Investigator Zane Brown on January 7, 2022. This is the second time Garcia filed a grievance against Brown. This is concerning statements Brown made in front of Sheriff Helton on January 4, 2022. Garcia felt Brown was using terms that made it appear to others that she was not doing her part in the investigation division. She felt Brown's words to Helton and Chief Deputy Martinez was untruthful and should be investigated.

Sergeant Jeremy Grady was assigned the investigation on January 10, 2022. The investigation was turned in on February 18, 2022. His investigation revealed there was no intent by Brown to be untruthful with any supervisor in this agency. It showed animosity between him and Garcia, which stems from the original complaint filed by Garcia. In that incident, Brown received a Letter of Counseling for Workplace Bullying as written in the Lea County Personnel Policy. The investigation further revealed Brown using language such as "I hope she fucking leaves" among others, as he words it, "talking shit," because he is angry. Brown further admits he has intentionally not interacted with Garcia unless he had to.

Brown has not learned from his initial counseling session with Sergeant Grady. This will represent his second offense to the same employee for Workplace Bullying.

www.leacountysheriff.com
1417 South Commercial • Lovington, NM • (575) 396-3611
3720 West College Lane • Hobbs, NM • (575) 397-9600

*In God We Trust*

**File No. 1273-004**    **ATTACHMENT 1**    **MS_000010**

**Lea County Violated:**
Workplace Bullying
Verbal Bullying – slandering, ridiculing or maligning a person or his/her family; persistent name calling that is hurtful, insulting or humiliating, using a person as the butt of jokes; abusive and offensive remarks.

Exclusion – socially or physically excluding or disregarding a person in work-related activities

**Disciplinary Determination:**
Brown will receive a VERBAL REPRIMAND for the listed policy violation based on this information.

---

File No. 1273-004                                              MS_000011

---

Date: 06/24/2022

From: Selena Savell

Child Advocacy Center (CAC)

114 W. Snyder

Hobbs, NM

To: The Officer in charge

Lea County Sheriff's Office

 1417 S. Commercial St.

Lovington, NM

Subject: Compliant regarding contact between a law enforcement investigator and a child victim

Respected Sir,

I, Selena Savell, am writing this letter to bring to your attention the unprofessional conduct investigator Zane Brown exhibited in the Child Advocacy Center when interacting with a female child victim on June 15, 2022.

Detective Brown observed a forensic interview between interviewer Laura Lucero and a child victim who is currently within the state's custody. After the interview, investigator Brown verbalized his frustrations with the lack of information/disclosures and requested that Laura Lucero ask leading questions. Laura Lucero did provide a thorough explanation as to why forensic interviews cannot consist of leading questions.

Investigator Brown then walked in line of sight of the child victim and demanded the child victim speak with him. Her unwillingness to approach and speak with Investigator Brown led to Brown raising his voice while repeatedly stating, "Get over here!" The child victim refused to comply with Brown's demands, but Brown informed her she had no choice. Brown then began taunting the child victim while placing blame on Children Youth & Families Department (CYFD) for the child entering the state's custody. A CYFD representative was present and both parties continued to laugh together while placing blame on one another with the child victim present. Brown made several humiliating comments including "you can find her on take yo kids.com".

The Child Advocacy Center does recognize the difficulties and pressures that law enforcement faces throughout investigations; however, this type of conduct is of concern as it contradicts our continuous efforts in maintaining a trauma informed environment. We are requesting this matter be looked into so that we can ensure our youth and law enforcement feel emotionally and physically safe upon entering the Child Advocacy Center doors. If we can further assist in this matter in any way possible, please feel free to contact my executive director Zelma Lopez by phone at 575-200-3929 or by email at zelma@senmcac.com and/or myself at 575-964-2064 or by email at selena@senmcac.com.

---

ATTACHMENT 2                                              MS_000251

---



# JOB DESCRIPTION

| Position | Deputy | Grade | TBD |
|---|---|---|---|
| Department | Sheriff | FLSA Status | Nonexempt – eligible for overtime |
| Immediate Supervisor | Sergeant | Probationary Status | 12 Months |
| Safety Sensitive | Yes | Updated | July 1, 2025 |

## SUMMARY:
Under direct supervision from the Sergeant, contributes to the efficient daily operation of the Sheriff's department by performing a variety of law enforcement duties in accordance with the established policies and procedures of Lea County and with applicable county, state, and federal regulations.

## ESSENTIAL DUTIES:
- Promotes a safe and secure environment for the community.
- Enforces traffic, local, and federal laws.
- Patrols County areas, roads, and highways to provide immediate response to calls, enforce traffic safety, and reduce or prevent crime.
- Patrols County neighborhoods, homes, and businesses to prevent and reduce entry crimes, trespassing, vandalism, and damage to property.
- Responds to emergency and nonemergency calls for service.
- Assists citizens in need of medical, emergency, or motorist assistance.
- Provides traffic control, completes traffic stops, and investigates accidents as necessary.
- Performs arrests as necessary and takes criminals into custody.
- Prepares complete and accurate daily activity and incident reports.
- Provides testimony in court as required.
- Collaborates with other law enforcement agencies as needed.
- Establishes and maintains effective filing and retrieval system of departmental information.
- Complies with all property and department policies and procedures.
- Maintains a professional, organizational, and community reputation.
- Maintains strict confidentiality of all information processed through the department including records, reports, documents, conversations, etc.
- Contributes to a team effort and accomplishes related results as required.
- Performs other duties as assigned.

*The duties of this position are not limited to those set forth above. The incumbent will perform such functions, duties and assignments as directed by supervisor and consistent with ability, background and expertise.*

## MINIMUM QUALIFICATIONS:
- High school diploma/GED.
- One (1) year of experience in law enforcement or related environment.

Revised July 2025

File No.: 1273-004        ATTACHMENT 3        MS_001083

---

# JOB DESCRIPTION

- Must obtain and maintain New Mexico Certified Law Enforcement Officer certification.
- A combination of relevant education and related work experience may be considered.
- Valid driver's license is required when operating a vehicle for work-related purposes.
- Must successfully complete pre-employment requirements including a background check and drug/alcohol screening.

## KNOWLEDGE, SKILLS, AND ABILITIES:

*Knowledge of:*
- Goals, objectives, functions, policies, and procedures of Lea County.
- Applicable federal, state, county, and local laws, regulations, requirements, principles, and practices of law enforcement.
- Department organization, functions, objectives, policies and procedures.
- County geography.
- Records management practices.
- Modern office functions, procedures, and equipment.

*Skill in:*
- Operating patrol vehicles, firearms, taser, hand and leg restraints, cameras, telephone and radio systems, and first aid equipment.
- Operating various word-processing, spreadsheets, database software programs, and industry-related applications in a Windows environment.
- Reading, reviewing, preparing, and analyzing operational reports, contracts, minutes, resolutions, ordinances, and other business-related documents.
- Analyzing problems, projecting consequences, identifying solutions, and implementing recommendations.
- Making effective decisions in urgent situations.
- Correct English usage, grammar, spelling, and punctuation.
- Exceptional customer service.

*Ability to:*
- Perform essential duties and adapt to working conditions.
- Maintain strict confidentiality.
- Communicate efficiently and effectively both verbally and in writing, individually and in meetings.
- Establish and maintain professional relationships with individuals of varying social and cultural backgrounds including the public and co-workers at all levels of the organization.
- Make solid decisions and exercise independent judgment.
- Provide clear verbal and written instructions.
- Adapt to varying conditions, analyze situations, and adopt appropriate courses of action.
- Demonstrate professionalism at all times and demonstrate sensitivity in tenuous situations.
- Handle multiple tasks and meet deadlines.
- Work independently with minimal supervision, as well as cooperatively in group/team settings.

Revised July 2025

File No.: 1273-004                                              MS_001084