FILED
5th JUDICIAL DISTRICT COURT
Lea County
8/2/2022 3:57 PM
NELDA CUELLAR
CLERK OF THE COURT
Jazmin Yanez

STATE OF NEW MEXICO
COUNTY OF LEA
IN THE 5th JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO,
    Plaintiff,

vs.                                    No. D-506-CR-2022-109

ASLEY NICHOLE LERKE,
    Defendant.

### MOTION TO SUPPRESS TESTIMONY OR DISMISS

COMES NOW, Ashley Lerke, Defendant in the above titled and numbered cause, by and through undersigned counsel, hereby provides notice to this Court and to Counsel for the State that the State is not in compliance with Rule 5-503 NMRA.

As grounds for this Motion the Defendant states:

1. Pretrial conference is scheduled for September 13, 2022.

2. Pre-trial interview deadline was May 27, 2022.

3. On April 19, 2022, a PTI request was made for all witnesses the State intended to call at trial. This request was made electronically to opposing counsel, her assistant and the 5th District attorney for Hobbs.

4. PTI's were scheduled for May 19, 2022, and again for June 7, 2022.

5. On June 7, 2022, Detective Zane Brown failed to show.

6. On July 7, 2022 Defense filed a stipulated motion to extend pre-trial interview deadlines to interview Detective Brown.

7. The Court granted the motion and extended the pre-trial interview deadline until July 31, 2022.

8. A third PTI was scheduled for Detective Zane Brown for July 20, 2022. He subsequently failed to show.

9. This PTI would have allowed Defendant to fully appreciate the case against her, and could have provided impeachable material for trial or formed the basis of a motion to suppress or dismiss. Without it, Defendant is prejudiced in preparing her defense.

10. As such, the Defendant requests suppression of the testimony of Detective Zane Brown, one of the State's witnesses' testimony, or in the alternative, dismissal for failure to comply with discovery rules.

WHEREFORE DEFENDANT RESPECTFULLY REQUESTS that the Court exclude all testimony by the State's witnesses, for the State's failure to provide a pre-trial interview as required by NMRA Rules 5-503 and 5-503.2.

*By my signature, I certify a true and correct copy of the foregoing was delivered to the District Attorney's Office when it was filed with the Court.

Respectfully Submitted,
NEW MEXICO PUBLIC DEFENDER
By:

Nechama D. Minkowicz*
Assistant Public Defender
Law Offices of the Public Defender – Hobbs
Tel. 575-263-2272
Fax 575-318-2004
Nechama.minkowicz@lopdnm.us

**EXHIBIT 7**