IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZANE BROWN,

Plaintiff,                                No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,

Defendants.

### DECLARATION OF CRAIG BOVA

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2. I swear under penalty of perjury and the laws of the State of New Mexico that the matters set forth in this Declaration are true, accurate, and based on my personal knowledge.

3. I am the Human Resources ("HR") Director for Lea County, New Mexico (the "County") and a records custodian for the HR Department.

4. I maintain Lea County Sheriff's Office ("LCSO") personnel and disciplinary determinations as part of the regular course of County business and my duties.

5. The following attachment is a document reflecting discipline of Chief Deputy Jeremy Grady on the date provided therein that is maintained in the regular course of County business. *See* Attach. 1, BN 138-139 Written Reprimand.

6. The following attachments are documents which were created and included in Plaintiff Zane Brown's personnel file and HR disciplinary file and are true and accurate copies of

the same documents within Mr. Brown's HR personnel and disciplinary files maintained in the regular course of County business. *See* Attach. 2, BN 136-137 Notice of Intent; Attach. 3, BN 140-143 Notice of Demotion; Attach. 4, BN 127 Demotion Status; Attach. 5, BN 654 Personnel Action Form.

7. I recall Sheriff Corey Helton advising that a third-party investigator would need to investigate allegations that Undersheriff Michael Walker drove drunk following Investigator Diana Jurado's (formerly Garcia) birthday party in July 2022.

8. I contacted attorney Cody Rogers to investigate the allegations.

9. I attended a pre-disciplinary hearing concerning Mr. Brown on October 7, 2022 as referenced in Attachment 3, BN 140-143 Notice of Demotion where Sheriff Helton, Undersheriff Walker, and I agreed that Brown should be demoted from his investigator position to a deputy sheriff position. *See* Attach. 3, BN 140-143 Notice of Demotion.

10. Mr. Brown was formally demoted on October 21, 2022 with a pay reduction consistent with his position as a deputy sheriff. *See* Attach. 4, BN 127 Demotion Status.

11. I also received the enclosed attachment from Mr. Brown via email as indicated therein resigning his employment. *See* Attach. 6, BN 653 Email Resignation.

12. The enclosed offer of employment letter is also maintained in Deputy Justin Brown's personnel file, who is a white male, and reflects the rate of pay he received upon his initial employment with LCSO as a deputy sheriff. *See* Attach. 7, J. Brown Offer Letter.

13. I have conducted a review of HR records and could not find any employment application from Ahmaad White from 2008.

FURTHER DECLARANT SAYETH NAUGHT

**EXHIBIT 8**

Doc ID: 282398ce6df12771061f70223ccd293a3de91ad7

Doc ID: 282398ce6df12771061f70223ccd293a3de91ad7



Craig Bova
_____
Craig Bova, Declarant

04 / 03 / 2026
_____
Date:



### CONDITIONAL OFFER OF EMPLOYMENT

Lea County, by and through its authorized representative, hereby makes a conditional offer of employment to <u>Justin Brown</u> for employment as <u>Deputy Sheriff</u>, at the rate of pay of <u>$30.55</u> per hour subject to all applicable rules and regulations as established by local, state, and federal laws, and under the authority of the County Commission.  This offer of employment is contingent upon satisfactory completion of the following evaluations, conducted by a licensed practitioner and/or certified agency:

- Alcohol & Drug Screen
- Physical Exam
- Polygraph
- Psychological Profile
- Background Investigation ✓

Lea County Sheriff's Office:

By: _____        Date: <u>November 12, 2021</u>
              Signature

Michael Walker, Undersheriff
Printed Name & Rank

I hereby understand the terms and acknowledge receipt of the conditional offer of employment identified on this document.  I further acknowledge and understand that said offer is contingent upon my satisfactory completion of the test(s) listed above.

By: _____        Date: 11/12/2021
              Signature

Justin Brown
Printed Name

**ATTACHMENT 1**

Doc ID: 282398ce6df12771061f70223ccd293a3de91ad7