**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZANE BROWN,

    Plaintiff,               No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,

    Defendants.

### DECLARATION OF CODY ROGERS

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2. I swear under penalty of perjury and the laws of the State of New Mexico that the matters set forth in this Declaration are true, accurate, and based on my personal knowledge.

3. I am an attorney licensed in the State of New Mexico, a partner with the Serpe Andrews law firm, and was previously a partner with Jarmie & Rogers, P.C. at the relevant times discussed in this Declaration.

4. I was retained by Lea County Human Resources Director Craig Bova to investigate a citizen complaint from Aaron Rodriguez' against Lea County Sheriff's Office ("LCSO") Undersheriff Michael Walker accusing Walker of having drove drunk after a birthday party for LCSO Investigator Diana Jurado (formerly Garcia) on July 2, 2022.

5. A true and accurate copy of the investigative report I prepared concerning this investigation is enclosed. *See* Attach. 1, BN 315-322 Rogers Report.

Page 1 of 2

**EXHIBIT 9**

Doc ID: 0244c69b0f26ef0fbd90d47623e8b381378838a6

6. I conducted several recorded witness interviews as part of the investigation.

7. I reached out to Plaintiff Zane Brown for an interview, but he refused an interview on advice of his legal counsel, and his legal counsel also did not return my calls to coordinate an interview. *See* Attach. 2, Plaintiff Emails.

8. True and accurate copies of my investigative interviews are enclosed with this Declaration. *See* Attach. 3, BN 327 Sandoval Interview; Attach. 4, BN 325 Rodriguez Interview; Attach. 5, BN 326 Sanchez Interview; Attach. 7, BN 328 Tello Interview; Attach. 8, BN 328 Ibarra Interview; Attach. 9, BN 3835 Regino Interview; Attach. 10, BN 339 Wimberley Interview; Attach. 11, BN 338 Walker Interview.

9. I also received the enclosed recording from LCSO Deputy Jasmine Sanchez with Mr. Brown and written witness statements and emails collected by Sheriff Helton as part of the investigation. *See* Attach. 6, BN 38 Sanchez Recording; Attach. 1, BN 315-322 Rogers Report.

FURTHER DECLARANT SAYETH NAUGHT

*Cody R. Rogers*
Cody Rogers, Declarant

04 / 06 / 2026

Date:

Page 2 of 2

Doc ID: 0244c69b0f26ef0fbd90d47623e8b381378838a6

---

# JARMIE & ROGERS, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| MARK D. JARMIE<br>CODY R. ROGERS<br>MATTHEW D. BULLOCK<br>ROBERTO A. CABELLO | P.O. BOX 26416 (87125)<br>514 MARBLE AVENUE, N.W.<br>ALBUQUERQUE, NEW MEXICO 87102 | TELEPHONE: (505) 243-6727<br>FAX: (505) 242-5777 |
| www.jarmielaw.com | 2540 EL PASEO RD., SUITE D<br>LAS CRUCES, NEW MEXICO 88001 | TELEPHONE: (575) 288-1453 |

August 16, 2022

**SENT VIA EMAIL TO: cbova@leacounty.net**
Mr. Craig Bova-SHRHM-CP
Human Resources Director, Lea County
100 N Main Avenue, Suite 4
Lovington, NM 88260

Dear Mr. Bova:

Our firm was asked to investigate a formal complaint against Lea County Sheriff's Office ("LCSO") Undersheriff Michael Walker. On July 6, 2022, an individual named Aaron Rodriguez sent an email to County Manager Mike Gallagher stating that he wished to file a "formal complaint" against Undersheriff Walker. He alleged that "[i]t was brought to [his] attention on Saturday, July 2, 2022, around the hours of 10pm until closing Walker was drinking and highly intoxicated at Applebee's, located in Hobbs, New Mexico." Rodriguez also alleged that "Undersheriff Walker needs to be held accountable for his actions whether he was caught or not. He needs to lead by example and not say he's big on integrity but choose to get behind the wheel drunk." Rodriguez also stated that "the people who were present during this time need to be held accountable to tell the truth and not be afraid of retaliation because of his position and authority."

Lea County Sheriff Corey Helton responded to Mr. Rodriguez's email and attempted to contact him via phone regarding his complaint but did not receive a response. Sheriff Helton began looking into the matter, speaking to several deputies and other employees present during the July 2 gathering referenced in the formal complaint. During his conversations, Sheriff Helton became aware that LCSO Investigator Zane Brown had made statements indicating that he 1) was involved in the development and submission of the formal complaint against Undersheriff Walker; 2) that he had attempted to influence the investigation of the formal complaint by contacting potential witnesses and making threatening or coercive statements; and 3) that he believed Undersheriff Walker was behind an ongoing Internal Affairs investigation, and that he had made several statements to the effect that "if I'm going down, the Undersheriff is going down with me." At that point, Sheriff Helton consulted Human Resources and the County Attorney, and a decision was

File No. 1273-004      **ATTACHMENT 1**      MS_000315

---

*Mr. Craig Bova-SHRHM-CP*
*August 17, 2022*
*Page 3*

- Jeanette Sandoval
- Michael Walker
- Karina Tello
- Jasmine Sanchez
- Aaron Rodriguez

I also spoke with Sheriff Helton to obtain background information about his department and the formal complaint. As discussed below, I also attempted to interview Brown, but was unsuccessful.

**Analysis and Findings**

Formal Complaint Against Undersheriff Walker

Our original task was to investigate the "formal complaint" made against Undersheriff Walker regarding the group outing on July 2, 2022. We learned that several (approximately 12) employees (including deputies) from LCSO, along with other friends, met up to celebrate Investigator Diana Garcia's birthday. The group initially met at a local bar, where they consumed alcohol drinks before heading to Texas Roadhouse. They consumed additional alcohol drinks and had dinner. A smaller group then proceeded to Applebee's for additional alcohol drinks and appetizers. The group dispersed from there. There were no reported incidents involving this group at any point during the evening, and no traffic stops or other encounters with law enforcement after they departed.

Undersheriff Walker admitted to consuming several beers over the course of the evening, beginning at the bar prior to dinner. He stated that he ate a steak dinner at Texas Roadhouse. The other attendees confirmed these statements. He denied being intoxicated or showing visible signs of intoxication, such as slurred speech, difficulty walking, or otherwise. He denied that he was too intoxicated to safely drive. Other attendees confirmed this. No one reported having seen Undersheriff Walker intoxicated, and all denied that he was intoxicated to the point of concern about his ability to drive safely. Everyone in attendance indicated that if they had been concerned that Undersheriff Walker was too intoxicated to drive, they would have approached him to make arrangements for him to have a ride home. One employee indicated that they believed Undersheriff Walker might have been "buzzed" because he was more talkative than usual, but also stated that there was no concern regarding his level of intoxication.

Our investigation determined that Undersheriff Walker and other deputies and employees from LCSO consumed alcohol at several local venues while celebrating the birthday of a co-worker. There was no evidence to suggest that Undersheriff Walker was visibly intoxicated or too intoxicated to safely operate his vehicle. Thus, the allegations contained in Rodriguez's "formal complaint" are **unsubstantiated.**

File No. 1273-004      MS_000317

*Mr. Craig Bova-SHRHM-CP*
*August 17, 2022*
*Page 7*

we learned of Brown's involvement in the creation and submission of the formal complaint against Undersheriff Walker.

The facts we learned during the investigation of the original formal complaint and follow up indicate that Brown was involved in creating, soliciting and submitting the formal complaint against Undersheriff Walker; that he actively tried to coerce potential witnesses to create and provide evidence against Undersheriff Walker by claiming that he had certain evidence that he did not actually have (video recordings, recorded phone calls) and by offering "immunity" to people who would cooperate; and that he tried to influence the investigation of the complaint by spreading misinformation about what prior witnesses had said, where he obtained that information, and by characterizing the statements of other witnesses as "lies." Brown's stated intent was to create an issue that he could use as leverage if discipline were proposed as a result of his pending Internal Affairs investigation.

Brown also made unsubstantiated allegations to numerous LCSO employees about an alleged romantic relationship between Undersheriff Walker and Investigator Garcia. By all accounts, Brown and Garcia have a relationship that borders on hostile. The evidence shows that Brown has developed an inappropriate obsession with Garcia. He has attempted to enlist other LCSO employees in gathering "dirt" on her and has used LCSO resources to pursue this personal vendetta. He has apparently attempted to target her both professionally and personally. This situation is concerning in terms of the potential liability it could create for LCSO and Lea County.

**Recommendations**

The issues regarding Brown's involvement in the creation, submission, and investigation of the formal complaint against Undersheriff Walker, along with his conduct regarding Investigator Garcia, should be investigated by LCSO Internal Affairs, as his conduct may violate several of LCSO's policies, procedures, standard operating procedures, and/or code(s) of conduct.

**Conclusion**

The formal complaint against Undersheriff Walker is **unsubstantiated.** The issues regarding Investigator Brown's conduct should be investigated by LCSO Internal Affairs.

I hope this information is helpful to you in assessing this matter. We appreciate the opportunity to serve Lea County.

Sincerely,

Cody R. Rogers

**File No. 1273-004**                                        **MS_000321**