IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZANE BROWN,

     **Plaintiff,**          No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,

     **Defendants.**

### DECLARATION OF TRAVIS HOBBS

1. I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2. I swear under penalty of perjury and the laws of the State of New Mexico that the matters set forth in this Declaration are true and accurate as based on my personal knowledge.

3. I was a certified law enforcement officer in the State of New Mexico and a former corporal with the Lea County Sheriff's Office ("LCSO") at all times relevant to this Declaration.

4. On September 17, 2021, I received a copy of former Hobbs Police Department ("HPD") Sergeant Ahmaad White's September 15, 2021 application for a deputy sheriff position with LCSO as part of my assignment to complete a routine employment background investigation.

5. I know and have worked with Mr. White in cases before. Mr. White appears to be of African American descent.

6. I prepared the enclosed New Applicant Report during Mr. White's employment application process in 2021 recording actions concerning his application. *See* Attach. 1, BN 1093-1094 New Applicant Report.

7. I reviewed Mr. White's application but noticed he was missing a jurat, or notary certification, on the application as LCSO requires which he provided on September 29, 2021.

8. I assigned the background check completed for all LCSO employment applications to Plaintiff Zane Brown that same day.

9. I received a copy of Mr. White's background investigation report dated September 30, 2021 from Mr. Brown on October 5, 2021. *See* Attach. 2, White Background Report.

10. Since Mr. White's application indicated that he applied for but was denied employment with LCSO in 2008, I submitted a request for White's 2008 application information to determine why LCSO rejected his application. *See* Attach. 3, BN 458 White HR Emails.

11. My understanding from Ms. Serrano was that the application was no longer maintained in HR records. *See* Attach. 3, BN 458 White HR Emails.

12. I knew Chief Martinez was a supervisor with LCSO in 2008, so I followed up with him, and he indicated that Mr. White's application was denied, because he purportedly disclosed to Plaintiff then he used and distributed marijuana as an adult. Attach. 6, BN 1122 Hobbs Emails.

13. Since I noticed that Mr. White denied any use of marijuana and other drugs on his 2021 LCSO application and his 2008 application was no longer available, I asked Mr. Brown to follow up with Mr. White on the discrepancy and to obtain White's HPD employment application for some indication as to what White would have said on the issue in that application. *See* Attach. 5, BN 1123-1127 Amended Background Report.

**EXHIBIT 11**

Doc ID: 589b35009e29e9a38633bed193e9b2b615824e36

Doc ID: 589b35009e29e9a38633bed193e9b2b615824e36

14. Mr. White subsequently sent a corrected application noting that he previously used and distributed marijuana as an adult and included what I recognized to be his initials on the changes dated October 6, 2021. *See* Attach. 4, BN 1098-1113 White Amended Application, BN 1104-1105.

15. Mr. Brown also provided me with an amended background report explaining the conversations he seemed to have had with Mr. White on these issues which revealed that White had purportedly not disclosed his prior use of marijuana, tranquilizers, or codeine as his 2021 LCSO amended application showed. *See* Attach. 5, BN 1123-1127 Amended Background Report.

16. I submitted all of Mr. White's application materials to Chief Martinez on October 19, 2021, and Chief Martinez approved White to advance to the interview phase.

17. I called to congratulate Mr. White for advancing to the next phase and schedule his interview. When Sgt. White asked what the wages for the deputy position would be, I advised that it would be the posted $30.55 hourly rate.

18. Sgt. White advised that this rate was significantly less than his current wages with HPD and asked if an exception could be made.

19. I spoke with Undersheriff Walker to find out, but he said it was not possible to offer a different amount.

20. I called Mr. White back to explain the situation, but he withdrew his application, so no interview was scheduled.

FURTHER DECLARANT SAYETH NAUGHT

_____
Travis Hobbs, Declarant

04 / 07 / 2026
_____
Date:

### Lea County Sheriffs Office
### New Applicant Report

Print

#### Incident Details

| Date Received | Date of Occurrence | Time of Occurrence |
|---|---|---|
| 09/17/2021 | | |

| Record ID Number | Case No | IA No |
|---|---|---|
| 719 | | 21NA-038 |

| Date/Time Entered | Entered By | Assigned Investigator |
|---|---|---|
| 09/17/2021 14:53 | [IAPro entry - IAPro entry] | [Incident pending assignment] |

#### Incident Summary

CERTIFIED APPLICANT: 10/20/21 - Prior to scheduling the oral interview, I spoke with White who informed me that his intent was to try and get more than the starting pay $30.55. I spoke with Under Sheriff Walker who confirmed that the pay would not change. To save an argument at a later date, I informed White of this and he requested to withdraw his application. File Closed 10/19/21 - Supplemental completed and attached as document. 10/18/21 - I spoke with HR previously and confirmed via email that his original application from 2008 was not available through the HR database. scanned and attached. 10/07/21 - Investigator Brown completed the amended requests submitted for review. 10/05/21 - White background completed by Investigator Brown. Additional reports submitted. 09/29/21 - White application with notary updated and White requested to process the application. Background assigned to Investigator Brown. Neg III, Valid DL, and negative concerning on TLO. Email sent to Director Alzaharna to confirm good standing and any LEA-090 history. 09/17/21 - Ahmaad White submitted his application to Sgt. Grady on 09/15/21. The application was accepted but was missing the notary completed sections. On this date, I spoke with White and asked if he was ready to process the application and if so I would need the copies. White advised he would confirm on Tuesday 09/21/21. Once completed, the background will be assigned to Investigator Brown for completion.

#### Incident Location

Addresses [None Entered]

#### Reporting _Employee_

Applicant Ahmaad White
Assignment at time of incident: Applicant Applicant/Agency [None Entered]
Role: [None Entered]

#### Tasks

| Task Description | Date Due | Date Completed | Summary |
|---|---|---|---|

#### Running Sheet Entries

No running sheet entries to show

#### Attachments

| Date Attached | Attachment Description | Attachment Types |
|---|---|---|
| 09/29/2021 | White DL & neg III | pdf |
| 10/07/2021 | White Amended Application | pdf |
| 10/05/2021 | White Background Notes | pdf |
| 10/18/2021 | White HR mail | pdf |
| 09/29/2021 | White Release of Information | pdf |
| 10/05/2021 | White Medal of Valor | pdf |
| 10/07/2021 | White Amended Background | pdf |
| 10/19/2021 | White Supplemental | pdf |
| 10/05/2021 | White TLO | pdf |

#### Assignment History

| File No.: 1273-004 | ATTACHMENT 1 | MS_001093 |
|---|---|---|



**LEA COUNTY SHERIFF'S OFFICE**

Corey Helton • Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

To: Chain of Command                    DATE: 09/30/2021

From: Investigator Zane Brown

Reference: Applicant Ahmaad White (Certified)

Applicant, Ahmaad White is currently a Detective Sergeant for the Hobbs Police Department. White has been employed with the Hobbs Police Department since 2009. White graduated SNMLEA in December 2009. White has held the following positions at the Hobbs Police Department, FTO, CAT TEAM, SWAT Operator, SWAT Team Leader, Firearms Instructor, Chemical Munitions Instructor, Detective, Patrol Sergeant, Detective Sergeant. White is a recipient of the Meritorious award, Medal of Valor. White has attended the Ogden Police Department Hell week and is an instructor for this course of training. White graduated Hobbs High School in 2003 and has been a member of this community his entire life. White believes his skills and knowledge he has learned throughout his career would be beneficial to this County. White advised he has always wanted to work for the Sheriff's Office because his Great Grandfather was a Deputy for the Lea County Sheriff's Office.

(1) **Application Review:** I reviewed the application submitted to this office on 09/14/2021. The application was complete and legible.

(2) **Credential Verification:** I was able to confirm past residences, Whites graduation dates, references, and employment as noted on the application, Law Enforcement Certification.

(3) **Driving Record Checks:** I conducted a driver's record check which is valid until 12/21/2021 and negative for the driver's license convictions. However, White did disclose the following on the application: in 2003 a speeding ticket through the Hobbs Police Department and in 2004 a seat belt ticket through the Hobbs Police Department, dispositions unavailable for both citations.

(4) **Criminal History Checks:** NCIC check conducted and a negative III was located.

(5) **IADLEST:** I conducted a check of the website and nothing was noted.

(6) **Social Media:**
Facebook – Ahmaad White
Instagram – No User Identified
LinkedIn – No User Identified
Snapchat – fiveoh1184
Twitter – No User Identified

**ATTACHMENT 2**

---



**LEA COUNTY SHERIFF'S OFFICE**

Corey Helton • Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

White did confirm that he has a Facebook and Snapchat account. There was no notable content located on his Facebook or Snapchat.

(7) **TLO:** I did locate a $2,045 Lien on Whites TLO. The Court case number for the lien is 201023353, Record number 1700, out of the Lea County Clerks Office. White was contacted and asked about the Lien which was from 10/19/2010, address 116 W. Llano Dr. Hobbs, New Mexico. White stated this was from his previous marriage and his ex-wife was supposed ordered to take care of this per their divorce decree, however she never took care of the property taxes. White did advise he can provide a copy of the divorce decree if needed.

(8) **EMPLOYMENT:**

(A) **Hobbs Police Department 301 N. Turner St. Hobbs, New Mexico 88240.**
White has been employed with the Hobbs Police Department since 6/9/2009. I made contact with Human Resource specialist, Valerie Rojas in person. Rojas confirmed Whites date of hire and advised he is still currently employed as a Sergeant for the Hobbs Police Department. Rojas advised she cannot answer any of the questions on the employee reference check sheet. Rojas did give me access to Whites disciplinary and employee evaluations. Upon reviewing Whites disciplinary history, I learned he had one written reprimand from March 16, 2010, for failure to utilize video/audio devices during a use of force. Both White and his FTO at the time were wrote up for this incident. White has not received any other written reprimands through the Hobbs Police Department since this incident. On June 17, 2015, White was involved in a shooting, which was investigated by the New Mexico State Police. The officer involved shooting was reviewed by the Fifth Judicial District Attorneys Office, who ruled the shooting to be justified. White received the Medal of Valor for what occurred on this date. White provided a copy of the Meritorious review board recommendation and a copy with the synopsis will be attached to Whites file. For further information of what took place during the Officer involved shooting, refer to attached document for the synopsis. I reviewed White employee evaluations which were dated from 2009 to 2019, all of which had an all-around "satisfactory" evaluation score, no negative remarks were located. Throughout the majority of the evaluations on the performance/duties section it was noted "above average" and goes above what is required for his position/duties. White has held the following positions at the Hobbs Police Department, FTO, CAT TEAM, SWAT Operator, SWAT Team Leader, Firearms Instructor, Chemical Munitions Instructor, Detective, Patrol Sergeant and his current position Detective Sergeant. As a Sergeant White supervises five Detectives and three NET Team Officers.

---



**LEA COUNTY SHERIFF'S OFFICE**

Corey Helton • Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

(B) **Mcvay Drilling 401 E. Bender Blvd. Hobbs, New Mexico 88240.**
White worked at this company from 2007-2009. I made contact with Mrs. Mcneely by phone 575-397-3311. Mcneely was only able to confirm dates of employment. Mcneely advised there was no other information or remarks on Whites file.

(C) **Triple M Trucking Hobbs, New Mexico 88240**
I made contact with Manuel Mata by phone 575-631-3231. Mata advised Triple M Trucking is no longer an active business and does not remember when White was employed with him due to it being a long time ago. Mata did advise White was a driver and was re hirable. Mata stated he has never seen White lose his temper or display bias or prejudice towards others. Mata explained Whites personality to be a great guy and jokes a lot and gets along great with others.

(D) **Schlumberger 1105 W. Bender Blvd. Hobbs, New Mexico 88240.**
This company is no longer in business in Hobbs, New Mexico. I did visit the Schlumberger website www.slb.com/careers in attempts to make contact with anyone that can provide employee history, however, was unsuccessful. I was unable to confirm employment.

(E) **Permian Ford 1000 N. Dal Paso St. Hobbs, New Mexico 88240.**
I made contact with Kristi Royball by phone 575-391-4409. Kristi was not able to confirm dates of employment due to there being no employee file for White. Kristi stated they do not keep files after a specific time from, however she does remember White working for Permian Ford right out of high school. Kristi advised White worked Great with other and was dependable and re hirable. Kristi advised White handles problems very well and has never seen him lose his temper or display bias or prejudice towards others. Kristi advised White has a great personality and is a great kid and person.

(9) **Military Experience:** No Military Service

(10) **Personal References:**

(A) **Emily Aranda, 205 W. Palace Ave. Hobbs, New Mexico 88240.** I spoke with Emily by phone 575-605-0919. Emily stated she has known White for over ten years. Emily stated when it comes to solving problems, White talks about them wisely and is straight to the point. Emily stated she has never seen White lose his temper or display bias or prejudice towards others. Emily stated White does have integrity. Emily advised White gets along

---



**LEA COUNTY SHERIFF'S OFFICE**

Corey Helton • Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

great with others and is a good guy. When asked to explain Whites personality, Emily stated he is very caring, loving, outgoing and righteousness. Emily went on to say that White is the best person she knowns and he has been that way even before he became a cop, he has always been there for her and is solid.

(B) **Mike Mills, 21 Fairmont Court. Hobbs, New Mexico 88240.** I spoke with Mills by phone 575-441-7705. Mills advised he has known White for twenty-five years or more. Mills stated White handles his problems with a level head and takes care of them. Mills advised he has never seen White lose his temper or display any bias or prejudice towards others. Mills advised White has integrity and gets along great with everyone. Mills explained Whites personality to be great and outgoing. Mills went on to advice White is an outstanding representative of our community and serves the Police Department well and the County will be lucky to have him.

(C) **Quentin Wilson, Artesia, New Mexico 88210.** I spoke with Wilson by phone 575-631-6333. Wilson advised he has known White since he was in High school. Wilson advised he was White track and football coach throughout high school. Wilson stated White handles problems very well amd has never observed him lose his temper or display bias or prejudice towards others. Wilson advised White has integrity and gets along great with anyone he's around. Wilson advised White has an outgoing personality and everyone loves to be around him. Wilson advised White is one of the best persons he knows and wouldn't trade him for anyone. Wilson advised White always puts the needs of everyone else before himself and he's been that way since he was in high school.

Zane Brown
Lea County Sheriff's Office

## Travis Hobbs

| | |
|---|---|
| **From:** | Kimberly Serrano |
| **Sent:** | Monday, October 18, 2021 11:48 AM |
| **To:** | Travis Hobbs |
| **Subject:** | RE: Applicant: White |

Good Morning Corporal Hobbs,

We have no records of anyone named Ahmaad White. Our application logs do not go back to 2008.
Thank you.

Sincerely,

Kimberly Serrano
HR Administrative Coordinator
Lea County
100 N. Main , Suite 4
Lovington, NM 88260
575-396-8609

**From:** Travis Hobbs
**Sent:** Monday, October 18, 2021 11:32 AM
**To:** Kimberly Serrano <kserrano@leacounty.net>
**Subject:** Applicant: White

Good Morning,

Can you please confirm via email from our telephonic conversation that there is no file of an application for Ahmaad White on or around 2008.

Thank You,

**Corporal Travis Hobbs**
Training Coordinator | Lea County Sheriff's Office
1417 S. Commercial St.| Lovington, NM 88260
Work Cell: (575) 361-0932
Office: (575) 396-8241
Thobbs@leacounty.net

File No. 1273-004     **ATTACHMENT 3**     MS_000458

---



## SHERIFF
## LEA COUNTY

CONFIDENTIAL APPLICATION
FOR EMPLOYMENT

Return Completed Application To: Human Resources, Lea County Courthouse, 100 N. Main, Lovington, NM 88260
(575) 396-8605 • FAX (575) 396-1078

Fill out application form completely. If questions are not applicable, enter 'NA'. Do not leave questions blank. Completed applications must be signed and returned to the Lea County Human Resources Department. Lea County is an Equal Opportunity Employer. Resumes will not be accepted in lieu of fully completed applications.

Shift work is mandatory, rotation of shifts or transfers from one shift to another may also be required. Irregular hours and overtime may also be required. **AW** (initial)

**LEGAL NAME:** White (Last)  Ahmaad (First)  Rashad (Middle)

**MAILING ADDRESS:** ███ (Street or P.O. Box)  ███ (City)  NM (State)  88240 (Zip)

**Phone:** (███)  **Alternate Phone Number** ███

Are you known to schools or references, or former employers by another name? Yes ___ No X
If "YES", by what name(s)? ___

Are you willing to travel? Yes X No ___     Are you at least 21 years of age? Yes X No ___

Are you legally able to own, possess, and carry a firearm in the State of New Mexico? Yes X No ___

Has your legal right to vote in any Federal, State or local election ever been revoke or denied? Yes ___ No X
If your answer is "Yes", please explain in concise detail on a separate sheet of paper. This may not disqualify you but a false statement will.

Have you ever been suspended or dismissed from a job? Yes ___ No X If your answer is "Yes," explain in concise detail on a separate sheet of paper.

EDUCATION (NOTE: Applicants are required to provide proof of education: i.e., diploma, degree, transcripts, licenses, certifications and registrations.) Circle Highest Grade Completed 1 2 3 4 5 6 7 8 9 10 11 (12)   Did you graduate or achieve a GED? Yes X No ___

| Type of School | Name and Locations of School | Dates Attended From Mo. Yr. | To Mo. Yr. | Semester Hours Completed | Graduated Yes No | Expected/or Graduation Date | Type of Diploma or Degree | Major and/or Minor Field of Study |
|---|---|---|---|---|---|---|---|---|
| Undergraduate Colleges or Universities | Hobbs High | | | | | 2003 | | |
| Graduate Schools | | | | | | | | |
| Technical, etc. | | | | | | | | |

| LICENSE / CERTIFICATION (P.E., Attorney, C.P.A., etc.) | Date Issued | Issued by (State or Other Authority) | License No. | Location of Issuing Authority (City & State) |
|---|---|---|---|---|
| Law Enforcement officer | 12.10.09 | SENMLEA | | Hobbs NM |

File No.: 1273-004     **ATTACHMENT 4**     MS_001098

---

## EMPLOYMENT HISTORY

This information will be the official record of your employment history and must accurately reflect all significant duties performed. Summaries of experience should clearly describe your qualifications.

NOTE: PLEASE LIST YOUR JOB HISTORY FOR THE PAST FIVE (5) EMPLOYERS. IF YOUR FIVE (5) LISTED EMPLOYERS DO NOT COVER A SPAN OF AT LEAST SEVEN (7) YEARS, PLEASE USE THE SUPPLEMENTAL EMPLOYMENT HISTORY PAGE. Start with your current or most recent position. Include any periods in which you were not employed and explain what you were doing at that time. Use additional sheets if necessary and provide detailed information. Include US Military experience (show rank/rate at discharge), summer/part- time jobs and cooperative education assignments. If you need assistance, please ask. Give a brief summary of the technical and, if appropriate, the managerial responsibilities of each position you have held. For supervisory/managerial positions, indicate the number of employees you supervised.

If you need additional space to adequately describe your employment history, you may use an employment history supplemental page or attach a typed employment history providing the same information in the same format as this application form.

**Position Title:** Detective Sergeant
**Employer:** City of Hobbs/Hobbs PD
**Mailing Address:** 301 N. Turner
**City, State & Zip:** Hobbs, NM 88240
**Employer's Telephone:** (575) 397 9265

**Immediate Supervisor Name:** Mark Munro
**Title:** Lieutenant
**Supervisor's Telephone** (575) 318 3708
Full Time X / Part Time ___ / Summer ___ / Temporary ___

| Start Date | | | Leaving Date | | | Total Number of Months | Beginning Salary | Current/ Final Salary |
|---|---|---|---|---|---|---|---|---|
| Mth | Day | Yr | Mth | Day | Yr | | | |
| 6 | 9 | 09 | | | | 147 | N/A | 37.76 |

Technical ___ / Non-Managerial ___ / Supervisor / Managerial X
If Supervisory, number of employees you supervised 6
Give Average Number of Hours Worked Per Week, if Part Time N/A

**Summary of experience:** FTO, CAT Team, 11 years SWAT (5 as TL), Detective (8 years), 4 years as Sergeant (Patrol/CID), Firearms Instructor, Chemical Munitions Instructor, Meritorious Award Recipient, Medal of Valor recipient, Hell Week survivor + instructor

**Specific reason for leaving:** Poor leadership + bad practice of merit (pay + otherwise)

**Position Title:** Lead tong
**Employer:** McVay Drilling
**Mailing Address:** 401 E. Bender
**City, State & Zip:** Hobbs NM 88240
**Employer's Telephone:** (575) 397 3311

**Immediate Supervisor Name:** Gary Hendey
**Title:** driller
**Supervisor's Telephone** (___) N/A
Full Time X / Part Time ___ / Summer ___ / Temporary ___

| Start Date | | | Leaving Date | | | Total Number of Months | Beginning Salary | Current/ Final Salary |
|---|---|---|---|---|---|---|---|---|
| Mth | Day | Yr | Mth | Day | Yr | | | |
| | | | | | | | | |

Technical ___ / Non-Managerial X / Supervisor / Managerial ___
If Supervisory, number of employees you supervised
Give Average Number of Hours Worked Per Week, if Part Time

**Summary of experience:** Floorhand

**Specific reason for leaving:** Bad environment (layoff due to economy crash)

Page 2 of 16
Lea County Sheriff's Dept Application
Date: 9.14.21
Applicant's Initials: AW

File No.: 1273-004     MS_001099

---

**Position Title:** Truck Driver
**Employer:** Triple M Trucking
**Mailing Address:** N/A
**City, State & Zip:** Hobbs NM 88240
**Employer's Telephone:** N/A

**Immediate Supervisor Name:** Manuel Mata Sr.
**Title:** Truck driver
**Supervisor's Telephone** (___) N/A
Full Time X / Part Time ___ / Summer ___ / Temporary ___

| Start Date | | | Leaving Date | | | Total Number of Months | Beginning Salary | Current/ Final Salary |
|---|---|---|---|---|---|---|---|---|
| Mth | Day | Yr | Mth | Day | Yr | | | |
| | | | | | | | | |

Technical ___ / Non-Managerial X / Supervisor / Managerial ___
If Supervisory, number of employees
Give Average Number of Hours Worked Per Week, if Part Time

**Summary of experience:** Hauling contaminated waste (belly dump truck)

**Specific reason for leaving:** Better job opportunity

**Position Title:** Truck driver
**Employer:** Schlumberger
**Mailing Address:** 1135 N. Bender
**City, State & Zip:** Hobbs NM 88240
**Employer's Telephone:** (575) 393 6186

**Immediate Supervisor Name:** Shawn Welch
**Title:** cement air bottle transport
**Supervisor's Telephone** (___) N/A
Full Time X / Part Time ___ / Summer ___ / Temporary ___

| Start Date | | | Leaving Date | | | Total Number of Months | Beginning Salary | Current/ Final Salary |
|---|---|---|---|---|---|---|---|---|
| Mth | Day | Yr | Mth | Day | Yr | | | |
| | | | | | | | | |

Technical ___ / Non-Managerial X / Supervisor / Managerial ___
If Supervisory, number of employees you supervised
Give Average Number of Hours Worked Per Week, if Part Time

**Summary of experience:** Transport dry cement to location for cementing of wells

**Specific reason for leaving:** better pay + more time home

**Position Title:** transporter
**Employer:** Permian Ford
**Mailing Address:** 1000 N. Dal Paso
**City, State & Zip:** Hobbs NM 88240
**Employer's Telephone:** (575)

**Immediate Supervisor Name:** David Miranda
**Title:** Service Supervisor
**Supervisor's Telephone** (___) N/A
Full Time X / Part Time ___ / Summer ___ / Temporary ___

| Start Date | | | Leaving Date | | | Total Number of Months | Beginning Salary | Current/ Final Salary |
|---|---|---|---|---|---|---|---|---|
| Mth | Day | Yr | Mth | Day | Yr | | | |
| | | | | | | | | |

Technical ___ / Non-Managerial ___ / Supervisor / Managerial ___
If Supervisory, number of employees you supervised
Give Average Number of Hours Worked Per Week, if Part Time

**Summary of experience:** Transporting vehicles for service + customers to + from the dealership

**Specific reason for leaving:** Layoff

Page 3 of 16
Lea County Sheriff's Dept Application
Date: 9.14.21
Applicant's Initials: AW

File No.: 1273-004     MS_001100

## Page MS_001101 (top left)

Special Skills / Qualifications: List ALL special skills you possess and machines or equipment you can use, such as calculators, printing or  graphics, computer equipment, types of software and hardware, etc.
*Experience in competition shooting, street crimes, advanced hostage rescue + barricaded subjects*

Approximate Words Per Minute in Typing (Keyboard) Skills  *N/A*
What language(s) do you speak?  *English*
How fluently?  Fair ___  Good ___  Excellent  X    Are you a certified interpreter?  Yes ___  No  X
Have you ever been employed by Lea County?  Yes ___  No  X    If Yes, list the departments and dates of employment.
*N/A*

Do you have any relatives working for Lea County?  Yes  X  No ___    If yes, list the names, relationships, and department where employed.
*aunt - Ava Burnett (courts)*

REFERENCES:  Please provide names, addresses and phone numbers of three references NOT related to you, exclude employers.

| Name | Address | City / State | Phone Number |
|---|---|---|---|
| *Mike Mills* | | | |
| *Quentin Wilson* | | | |
| *Emily Aranda* | | | |

PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY AND INDICATE YOUR UNDERSTANDING AND ACCEPTANCE BY SIGNING IN THE SPACE PROVIDED

1. I certify that all the information provided by me in connection with my application, whether on this document or not, is true and complete, and I understand that any misstatement, falsification, or omission of information shall be grounds for refusal to hire or, if hired, termination.  I understand that incomplete applications will not be considered. I also understand that if I am employed by the County, I must comply with its policies, procedures and directives as a condition of employment.  I further understand that no employee or representative of Lea County, other than the County Manager, has the authority to enter into any agreement for employment.

2. I understand that as a condition of employment, I will be required to provide legal proof of authorization to work in the U.S.

3. I, the undersigned, authorize any and all of present and past employers, law enforcement agencies, courts and motor vehicle departments to disclose information regarding my character, integrity, reputation, work performance and job duties to Lea County.

4. I understand that Lea County will keep the information provided during the employment process confidential to the extent permitted by law.  This application, along with any attachments, becomes the property of Lea County.

5. It is the policy of Lea County that applicants given a *Conditional Offer of Employment* take a drug test to show they are substance free.  In order to protect the safety of the County employees and the general public, any applicant who refuses to take such test and/or whose test shows illegal drug use will not be employed by Lea County.

6. Compensatory Time Provision:  The Fair Labor Standards Act permits public employers to compensate employee's overtime hours in the form of time off.

THIS APPLICATION MUST BE SIGNED     Sign Here ▶ _[signature]_     *9.14.2021*
                                                                     Applicant's Signature          Date

Page 4 of 16
Lea County Sheriff's Dept Application
File No.: 1273-004

Date: *9.14.21*
Applicant's Initials: *AW*

MS_001101

## Page MS_001102 (top right)

### DRUG AND ALCOHOL POLICY
### APPLICANT'S OVERVIEW FORM

Lea County has a commitment to a drug-free workplace and is a leader in promoting a drug-free work force.

All applicants, upon a conditional offer of employment may be required to submit a pre-employment alcohol/drug screen.  A job applicant who refuses to consent to a drug and alcohol test, fails to report to collection site, or fails (tests positive) such test will be denied employment.

If a sample is positive the applicant will be given the opportunity to report any medications that have been recently used to the Medical Review Officer (MRO).

Positive Test Confirmation:  Before a confirmation test is declared positive, the employee will be contacted by the Medical Review Officer (MRO) and given the opportunity to demonstrate that there was a legitimate medical explanation for the positive test result. If the MRO determines that a legitimate medical reason does exist, the test result will be reported to the county as "negative."  If the MRO determines that a legitimate medical reason does not exist, the test result will be confirmed as positive.  An employee whose test is reported as positive may request a test of the split sample that was taken at the time of the original urine collection.  A split sample test must be requested through the MRO.  An employee-requested test must be conducted at an NIDA facility and will be at the employee's expense.

All employees are subject to a Drug and Alcohol Policy depending upon their jobs, which may include testing under the following conditions: post-vehicle accident, post-incident, reasonable suspicion, random or firearm discharge.

I certify that I have read the above overview of Lea County Drug and Alcohol Policy and consent to comply with all provisions of the policy.

Social Security Number _____

_[signature] Ahmaad White_
Printed Name

_[signature]_
Signature

*9.14.2021*
Date

Page 5 of 16
Lea County Sheriff's Dept Application
File No.: 1273-004

Date: *9.14.21*
Applicant's Initials: *AW*

MS_001102

## Page MS_001103 (bottom left)

### LEA COUNTY SHERIFF'S DEPARTMENT
### SUPPLEMENTAL QUESTIONNAIRE

Full Legal Name:

| LAST | FIRST | MIDDLE | TODAY'S DATE |
|---|---|---|---|
| *White* | *Ahmaad* | *Rashad* | *9.14.21* |

| Date of Birth | Social Security # | Home Phone # | Alternate Phone # |
|---|---|---|---|
| *84* | | | |

List any other name you have used (maiden, nicknames, married, etc.)

| 1. | 4. |
|---|---|
| 2. | 5. |
| 3. | 6. |

**ADDRESS HISTORY**

In the spaces below, list all addresses where you have lived during the past ten (10) years, including military addresses, if applicable. BEGIN WITH YOUR PRESENT ADDRESS.

| FROM | TO | STREET ADDRESS | CITY | COUNTY | STATE |
|---|---|---|---|---|---|
| *2011* | *2014* | *938 W. Sunrise Cir* | *Hobbs* | *Lea* | *NM* |
| *2014* | *2021* | *406 E. Corbett* | *Hobbs* | *Lea* | *NM* |
| | | | | | |

**DRIVING HISTORY**

Do you currently have a valid driver's license?  Yes  X  No ___

| STATE | LICENSE CLASS | EXPIRATION | DRIVER'S LICENSE NUMBER | RESTRICTIONS |
|---|---|---|---|---|
| *NM* | *D* | *12.21.21* | | *B* |

Have you ever had any other driver's licenses?  Yes ___  No  X

If you answered "Yes", in the space below list all states where you have been licensed and/or all names you have been licensed under.

| Names | License State |
|---|---|
| | |
| | |
| | |

## Page MS_001104 (bottom right)

Have you ever had a driver's license revoked or suspended by the licensing authority (state or county)?
Yes ___  No  X   If "Yes", in the space below list the suspension or revocation information.

| FROM | TO | STATE | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

List all driving citations/summons you have received as an adult, beginning with the most recent:

| MONTH/YEAR | CHARGE | CITY/STATE | DISPOSITION |
|---|---|---|---|
| *2003* | *Speeding* | *Hobbs NM* | *N/A* |
| *2004* | *Seatbelt* | *Hobbs NM* | *N/A* |

**Drug Usage**

The use of any of the following drugs within a five (5) year period prior to application will be cause for disqualification:

Cocaine • Heroin • Methamphetamine

Any prior/current use of L.S.D. or other hallucinogens will be reason for disqualification. Any other drug usage will be reviewed on an individual basis to determine acceptability or disqualification depending upon the frequency and m o s t  recent usage. Information regarding drug usage will be included in post-offer polygraph.

| Narcotics History | Please Initial | | |
|---|---|---|---|
| DRUG | YES | NO | EXPLANATION OF USE |
| Marijuana | X | | *18 or 19 yoa / last used* |
| Hashish/Hash Oil | | X | |
| THC (powder or tabs) | | X | |
| LSD | | X | |
| Peyote | | X | |
| Mescaline | | X | |
| PCP | | X | |
| Cocaine | | X | |
| Tranquilizers | X | | *18 or 19 (prescription) AW 10.7.21* |
| Opium | | X | |
| Heroin | | X | |
| Codeine | X | | *18 or 19 last used* |
| Methadone | | X | |
| Designer Drugs (i.e. ecstasy) | | X | |
| Other (i.e. steroids) | | X | |

Have you ever illegally obtained any prescription drugs or controlled substances? Yes X No

Have you ever used any illegally obtained prescription drugs or medications? Yes X No *AW 10.6.21*

Have you ever illegally sold, furnished or supplied any narcotics or drugs to anyone? Yes X No *gave marijuana to other marijuana users!*

Have you ever possessed any illegal narcotics or drugs? Yes X No

**EMPLOYMENT/TRAINING**

Have you ever applied for a position with any law enforcement or public safety agency? Yes _____ No _____
If "Yes", list the agency information in the space below.

| DATE | DEPARTMENT | CITY/STATE | STATUS |
|------|-----------|-----------|--------|
| 2008 | LCSS | Hobbs NM | declined |
| 2008 | HPD | Hobbs NM | hired |

Have you ever received any law enforcement training? Yes X No _____ If "Yes", explain in the space below:

graduated SENMLEA in December 2009 + continuously hired by HPD, extended SWAT + CID experience

What is the extent of your exposure to law enforcement activities? I've been exposed to continuous training + experience from patrol, SWAT + criminal investigations as a sergeant + team leader

**MISCELLANEOUS**

Have you ever been released or terminated from a job because of your failure to meet job requirements?
Yes _____ No X

Have you ever been discharged, asked to resign or given the opportunity to resign in lieu of discharge?
Yes _____ No X

Have you ever been demoted to a lower position or rank for any reason? Yes _____ No X

Have you ever been suspended from duty or received disciplinary action? Yes X No

Describe your reasons for applying for this position (use a separate sheet of paper if necessary).

I believe that my skills + knowledge learned over my career would assist the citizens in my county. I also do not want to let my skills or integrity become questioned because of the agency/people I am currently employed by.

Page 8 of 16
Lea County Sheriff's Dept Application
File No.: 1273-004
Date: 9-14-21
Applicant's Initials: AW
MS_001105

---

## LEA COUNTY SHERIFF'S DEPARTMENT

The provisions of the Law Enforcement Training Act (NMSA 1978, Sections 29-7-1 to 29-7-13, as amended) and Lea County establishes the following criteria for training required for this position.

**REQUIREMENTS**

An applicant for certification shall provide evidence satisfactory to the board that he/she:

1. Is a citizen or legal resident of the United States and has reached the age of majority;

2. Holds a high school diploma or the equivalent;

3. Holds a valid driver's license;

4. Has not been convicted of, pled guilty to or entered a plea of nolo contender to any felony charge or, within the three-year period immediately preceding his application, to any violation of any federal or state law or local ordinance relating to:
   a.) aggravated assault, theft, driving while intoxicated, controlled substances or other crime involving moral turpitude; and
   b.) has not been released or discharged under dishonorable conditions from any of the armed forces of the United States;

5. After examination by a licensed physician, is free of any physical condition that might adversely affect their performance as a Sheriff's Deputy or prohibit them from successfully completing a prescribed basic law enforcement training required by the Law Enforcement Training Act;

6. Is of good moral character;

7. Has met any other requirements for certification prescribed by the board pursuant to regulations adopted by the board; and

8. Has previously been awarded a certificate of completion by the director attesting to the applicant's completion of an approved law enforcement training program.

In addition, the Lea County Sheriff's Department sets the following standards:

*Initial*

AW Prefer Honorable Discharge from any of the Armed Forces of the United States.

AW No conviction of or for family violence criminal offense.

**ACADEMY FITNESS SCREENING STANDARDS**

Applicants for the position of Sheriff's Deputy are required to meet fitness Screening Standards as required by the New Mexico Law Enforcement Academy. Applicants who are certified by New Mexico Law Enforcement Academy and whose commission is current will have the written examination and Fitness Screening Standards waived.

Applicants who are certified by New Mexico Law Enforcement Academy and whose commission has lapsed, but are eligible for recommission through the "Certification by Waiver of Previous Training" Academy will have the written examination waived but must meet the Fitness Screening Standards.

Applicants who are certified in another state and who are eligible for the New Mexico Law Enforcement Academy's "Certification by Waiver of Previous Training" will have the written examination waived but must meet the Fitness Screening Standards.

**PHYSICAL ASSESSMENT**

Applicants for the position of Sheriff's Deputy will participate in a fitness assessment.

Page 9 of 16
Lea County Sheriff's Dept Application
File No.: 1273-004
Date: 9-14-21
Applicant's Initials: AW
MS_001106

---

**WRITTEN EXAMINATION**

Written exams will be given on a regular basis as departmental need dictates. The exam takes approximately two hours to complete.

**BACKGROUND INVESTIGATION AND REFERENCE CHECKING**

Applicants who successfully pass the written test will be scheduled to meet with a background investigator to start the background investigation which includes, but not limited to: reference checking. Upon completion of a background investigation and a reference check, results should not reveal any areas of concern which would be a contradiction of employment with the Lea County Sheriff's Department such as convictions of perjury (lying under oath).

**ORAL REVIEW BOARD**

Applicants are interviewed by department representatives who will measure traits that are significant or necessary to perform the job, and demonstrate the applicants ability to relate ideas and answer questions relative to the job. Applicants who fail the oral review board may re-apply after twelve (12) months to reschedule a second oral interview if positions are available. Applicants may only appear before the board twice.

**TERMS**

Conditional Offer of Employment: A conditional offer of employment will be extended to eligible applicants by Lea County Sheriff's Department personnel, prior to the required pre-employment tests. The conditional offer will be withdrawn if: the applicant tests positive for controlled substances, medical practitioner(s) reveal any areas of concern or if there are any other indicators which would be a contradiction of good moral character for employment with the Lea County Sheriff's Department.

Criminal background check: This check will be performed in conjunction with fingerprinting by a state approved agency.

**POLYGRAPH EXAMINATION**

Following a conditional offer of employment, applicants for the positions of Deputy for the Lea County Sheriff's Department are required to participate in a polygraph examination.

**PSYCHOLOGICAL EXAMINATION**

Following a conditional offer of employment, candidates for Sheriff's Deputy will participate in a psychological examination consisting of a written questionnaire and an interview with a psychologist. In compliance with the New Mexico Law Enforcement Academy regulations applicants who are not recommended for hire may be reported to the NM Law Enforcement Academy.

**MEDICAL EXAMINATION**

Following a conditional offer of employment, applicants for the position of Sheriff's Deputy will undergo a physical examination by the County's appointed medical doctor. The examination is based upon the medical standards of the New Mexico Law Enforcement.

**FINAL OFFER**

A final offer of employment and start date will be made by the Lea County after satisfactory completion of all portions of the selection process. Failure of any portion of the conditional offer testing is an automatic withdrawal of conditional offer of employment at the Lea County Sheriff's Department.

Page 10 of 16
Lea County Sheriff's Dept Application
File No.: 1273-004
Date: 9-14-21
Applicant's Initials: AW
MS_001107

---

## LEA COUNTY SHERIFF'S DEPARTMENT

*1417 South Commercial Street • Lovington, New Mexico 88260*

### PHYSICAL HEALTH STATEMENT

Ahmaad White, an applicant for employment with the Lea County Sheriff's Department, hereby acknowledges that he/she is required to undergo the agility tests listed on the attachment hereto.

Applicant hereby states that he/she is of good health and has no medical conditions that these tests would aggravate. Applicant specifically releases Lea County from any and all claims that he/she may have or that may be made on his/her behalf or by other persons claiming by or through applicant by reasons of injuries or harm that may result to the applicant from participating in these agility tests.

Ahmaad White
Applicant's Name (print or type)


Applicant's Signature

STATE OF New Mexico )
                      ) ss.
COUNTY OF Lea )

The foregoing was acknowledged before me on 29th day of September 2021 by Aileen Vizcarra

My Commission Expires: 5/3/2022

Notary Public

Page 11 of 16
Lea County Sheriff's Dept Application
File No.: 1273-004
Date: 9-14-21
Applicant's Initials: AW
MS_001108

**PRE-EMPLOYMENT PSYCHOLOGICAL EVALUATION
WAIVER OF CONFIDENTIALITY**

I understand that after a conditional offer of employment has been made with the Lea County Sheriff's Department, I will be examined by a physician or qualified psychologist and be found to be free of any emotional or mental condition which might adversely affect my ability as a Deputy.

I waive any privilege of confidentiality of "psychotherapist-patient relationship", to the extent that the results of the examination described may now or at any future time be released to the Lea County Human Resources Department for the purpose of assessing my emotional and mental suitability for the position of Sheriff's Deputy. I authorize such physicians, psychologists, their agents or employee to release such records.

_Ahmaad White_
Applicant's Name (print or type)

_(signature)_
Applicant's Signature

STATE OF _New Mexico_ )
                                              ) ss.
COUNTY OF _Lea_ )

The foregoing was acknowledged before me on _29th_ day of _September, 2021_ by
_Aileen Vizcana_.

_(signature)_
Notary Public

My Commission Expires:
_5/3/2022_

Page 12 of 16
Lea County Sheriff's Dept Application

File No.: 1273-004

Date: _9.14.21_
Applicant's Initials: _AW_

MS_001109

---

## LEA COUNTY SHERIFF'S DEPARTMENT
1417 South Commercial Street • Lovington, New Mexico 88260

AGREEMENT AUTHORIZING RELEASE OF INFORMATION

TO WHOM IT MAY CONCERN: I _Ahmaad White_ am an applicant for a position with the Lea County Sheriff's Department. Lea County needs to thoroughly investigate my employment background and personal history to evaluate my qualifications to hold the position for which I applied. It is in my and the public's interest that all relevant information concerning my personal and employment history be disclosed to the above department.

I hereby authorize any representative of Lea County bearing the release to obtain any information in your files pertaining to my employment records and I hereby direct you to release such information upon request of the bearer. I do hereby authorize a review of and full disclosure of all records, or any part thereof, concerning myself, by and to any duly authorized agent of Lea County, whether said records are of public, private, or confidential nature. The intent of this authorization is to give my consent for full and complete disclosure. I reiterate and emphasize that the intent of this authorization is to provide full and free access to the background and history of my personal life, for the specific purpose of pursuing a background investigation that may provide pertinent data for Lea County to consider in determining my suitability for employment with Lea County. It is my specific intent to provide access to personal information, however personal or confidential it may appear to be.

_(signature)_
Applicant's Signature

File No.: 1273-004

MS_001110

---

I consent to your release of any and all public and private information that you may have pertaining to me, my work background and reputation, my military service records, educational records, my criminal history record, including any arrest records, any information contained in investigatory files, efficiency ratings, complaints or grievances filed by or against me, the records or recollections of attorneys at law, or other counsel, whether representing me or another person in any case, either criminal or civil, in which I presently have or have had an interest, attendance records, polygraph examinations, and any internal affairs investigations and discipline, including any files which are deemed to be confidential and/or sealed.

I hereby release you, your organization, and all others from liability or damages that may result from furnishing the information requested, including any liability or damage pursuant to any state or federal laws. I hereby release you as the custodian of such records of Lea County and its public employees, both individually and collectively, from any and all liability for damages of whatever kind, which may at any time result to me, my heirs, family, or my associates because of compliance with this authorization and request to release information, or any attempt to comply with it. I direct you to release such information upon request of the duly accredited representative of Lea County regardless of any agreement I may have made with you previously to the contrary. The Personnel Representative requesting the information pursuant to this release will discontinue processing my application if you refuse to disclose the information requested.

_(signature)_
Applicant's Signature

File No.: 1273-004

MS_001111

---

For and in consideration of Lea County's acceptance and processing of my application for employment, I agree to hold Lea County and its public employees harmless from any and all claims and liability associated with my application for employment or in any way connected with the decision whether or not to employ me with Lea County. I understand that should information of a serious criminal nature surface as a result of this investigation, any such information may be turned over to the proper authorities.

I understand my rights under Title 5, United States Code, Section 552a, the Privacy Act of 1974, with regard to access and to disclosure of records, and I waive those rights with the understanding that information furnished will be used by Lea County in conjunction with employment procedures. I further agree that I shall not have the right to read or otherwise review any information received by Lea County as a result of inquiries pursuant to this Agreement Authorizing Release of Information.

A photocopy or FAX copy of this release form will be valid as an original thereof, even though the said photocopy or FAX copy does not contain an original writing or my signature.

This waiver is valid for a period of twelve (12) months from the date of my signature.

Should there be any questions as to the validity of this release, you may contact me at the address listed on this form.

I agree to indemnify and hold harmless the person to whom this request is presented and his employer, agents, and employees from and against all claims, damages, losses and expenses, including reasonable attorney fees, arising out of or by reason of complying with this request.

_(signature)_
Applicant's Signature

File No.: 1273-004

MS_001112

THIS SECTION TO BE COMPLETED IN THE PRESENCE OF A NOTARY:



_Ahmad R. White_
Printed Name of Person Giving Request

_[signature]_
Signature

_1984_
Date of Birth

_[redacted]_
Current Address

_Hobbs          NM          88240_
City          State          Zip Code

( _____ )          ( _____ )
Primary Phone#          Secondary Phone#

STATE OF _New Mexico_ )
                                    ) ss.
COUNTY OF _Lea_ )

SUBSCRIBED AND SWORN to before me this _29th_ day of _September_,
20 _21_, by _Aileen Vizcarra_.

_[signature]_
Notary Public

My Commission Expires:
_5/3/2022_

File No.: 1273-004                                                  MS_001113

---



## LEA COUNTY SHERIFF'S OFFICE

Corey Helton  •  Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

To: Chain of Command                    DATE: 10/07/2021

From: Investigator Zane Brown

Reference: Applicant Ahmaad White (Certified)

Applicant, Ahmaad White is currently a Detective Sergeant for the Hobbs Police Department. White has been employed with the Hobbs Police Department since 2009. White graduated SENMLEA in December 2009. White has held the following positions at the Hobbs Police Department, FTO, CAT TEAM, SWAT Operator, SWAT Team Leader, Firearms Instructor, Chemical Munitions Instructor, Detective, Patrol Sergeant, Detective Sergeant. White is a recipient of the Meritorious award, Medal of Valor. White has attended the Ogden Police Department Hell week and is an instructor for this course of training. White graduated Hobbs High School in 2003 and has been a member of this community his entire life. White believes his skills and knowledge he has learned throughout his career would be beneficial to this county. White advised he has always wanted to work for the Sheriff's Office because his Great Grandfather was a Deputy for the Lea County Sheriff's Office.

(1) **Application Review:** I reviewed the application submitted to this office on 09/14/2021. The application was complete and legible.

(2) **Credential Verification:** I was able to confirm past residences, Whites graduation dates, references, and employment as noted on the application, Law Enforcement Certification.

(3) **Driving Record Checks:** I conducted a driver's record check which is valid until 12/21/2021 and negative for the driver's license convictions. However, White did disclose the following on the application: in 2003 a speeding ticket through the Hobbs Police Department and in 2004 a seat belt ticket through the Hobbs Police Department, dispositions unavailable for both citations.

(4) **Criminal History Checks:** NCIC check conducted and a negative III was located.

(5) **Amendment:** On Wednesday, October 6, 2021, I was advised on page 8 of Whites application there was two questions that involve narcotics that white answered yes to. The first question states "Have you ever illegally sold, furnished or supplied any narcotics or drugs to anyone". White checked yes on this question. The second question states "Have you ever possessed any illegal narcotics or drugs". White checked yes to this question. I contacted White and met with him in person in reference to follow up on the two questions. White was

File No.: 1273-004          **ATTACHMENT 5**          MS_001123

---



## LEA COUNTY SHERIFF'S OFFICE

Corey Helton  •  Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

asked about the first question about having ever sold, furnished or supplied narcotics or drugs. I told White he checked yes on the application. White was asked why he checked yes on the application. White stated when he was in high school, he would give or sell blunts (with marijuana inside of them) to other people from time to time. White stated it was never more than a blunt and he did not sell the blunts for personal income. White stated it wasn't a common thing to sell the blunts but needed in fact sell and give them away when he was in high school. White stated he wanted to be honest and the times he did give or sell the blunts would be classified as illegally selling, furnished or supplying narcotics or drug to anyone.

I asked White about the second question of being in possession of any illegal narcotics or drugs. I told White he checked yes. White advised he was in possession of marijuana during the time he was eighteen or nineteen when he last used marijuana. White stated he was in possession of the Marijuana when he smoked it. White stated he also was in possession of the codeine when he was eighteen or nineteen when he last used codeine. White stated his reason for being in possession and using the codeine was because he did not have a prescription under his name and needed to take it for medical purposes. White advised everything else on the application is accurate. White appeared to be honest and truthful while speaking to him and was willing to meet up with me right when I called to speak with him to get this problem taken care of.

On Thursday, October 7, 2021, I was asked to go to the City of Hobbs Human Recourse Department to compare Whites current application he submitted with the Sheriff's Office to his original application he submitted when he first was hired with the city of Hobbs in 2009. All information on the application was accurate and matched, except for a part on Narcotics history. White disclosed he used Tranquilizers "two times for shoulder pain about 3 years ago" (This was around 2006). White also listed the Marijuana usage and the codeine usage which had the same explanations as he gave me as I listed above. I contacted White and asked him why he did not list the Tranquilizer usage on our application, but he did list it on his City of Hobbs application. White stated he did not list it on our application because he had a prescription for it at the time due to having shoulder surgery and it was not illegal possession. White stated he put it on the application for the City of Hobbs at the time because he wasn't sure if it needed to be listed or not and he knows now that it did not need to be on there because it was prescribed by a doctor and wasn't used inappropriately.

(6) **IADLEST:** I conducted a check of the website and nothing was noted.

(7) **Social Media:**
Facebook – Ahmaad White
Instagram – No User Identified
LinkedIn – No User Identified

File No.: 1273-004                                                  MS_001124

---

## LEA COUNTY SHERIFF'S OFFICE

Corey Helton  •  Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

White is the best person she knowns and he has been that way even before he became a cop, he has always been there for her and is solid.

(B) **Mike Mills, 21 Fairmont Court. Hobbs, New Mexico 88240.** I spoke with Mills by phone 575-441-7705. Mills advised he has known White for twenty-five years or more. Mills stated White handles his problems with a level head and takes care of them. Mills advised he has never seen White lose his temper or display any bias or prejudice towards others. Mills advised White has integrity and gets along great with everyone. Mills explained Whites personality to be great and outgoing. Mills went on to advice White is an outstanding representative of our community and serves the Police Department well and the County will be lucky to have him.

(C) **Quentin Wilson, Artesia, New Mexico 88210.** I spoke with Wilson by phone 575-631-6333. Wilson advised he has known White since he was in High school. Wilson advised he was White track and football coach throughout high school. Wilson stated White handles problems very well and he has never observed him lose his temper or display bias or prejudice towards others. Wilson advised White has integrity and gets along great with anyone he's around. Wilson advised White has an outgoing personality and everyone loves to be around him. Wilson advised White is one of the best persons he knows and wouldn't trade him for anyone. Wilson advised White always puts the needs of everyone else before himself and he's been that way since he was in high school.

Zane Brown
Lea County Sheriff's Office

File No.: 1273-004                                                  MS_001127



**LEA COUNTY SHERIFF'S OFFICE**

Corey Helton • Sheriff

1417 S. Commercial
Lovington, NM 88260
Phone: 575-396-3611
Fax: 575-396-6242

To: Chain of Command

DATE: 10/19/2021

From: Corporal Travis Hobbs

Reference: Ahmaad White Supplemental

Ahmaad White noted in his application that he applied with the Sheriff's Office in 2008 but was declined. I submitted a request to review Lea County HR files around 10/05/21 and was informed that there was no record of White. I conducted another follow-up on 10/18/21 via email (attached) and Kimberly Serrano confirmed there was no record of White's application or background report and that the records do not go back to 2008.

I spoke with Captain Vicente Garcia who advised he was just starting with the Sheriff's Office around the time of application. Captain Garcia advised he remembered seeing something in White's packet which showed him to be a "nickel and dime" guy. Captain Garcia said he could not remember anything else or dates.

I spoke with Chief Martinez and asked him about his prior knowledge of White's application and disqualification from 2008. Chief Martinez informed me that Tom Dunford completed the background investigation, and he reviewed the background due to being Dunford's supervisor. During the background check, Dunford identified that White sold marijuana to others while he was an adult and prior to applying for a law enforcement position. Chief Martinez advised that there was a supervisor meeting review of the background investigation which led to the ultimate non-selection of White's hiring process in 2008.

I was unable to review the background investigation report, polygraph report, or the psychological report from the Hobbs Police Department which White was hired with.

Additionally, I have searched: the old file rooms, hard copy filing cabinets, and other file storage areas but have not been able to locate any prior background investigations on any applicants.

Travis Hobbs
Lea County Sheriff's Office

**File No.: 1273-004**          **ATTACHMENT 6**          **MS_001122**