|  | **LEA COUNTY SHERIFF'S OFFICE PERSONNEL POLICY** | **PER 1-01** |
|---|---|---|
| | **HIRING PROCESS FOR SWORN POSITIONS** | |

| ORIGINAL ISSUE: May 01, 2013 | PUBLISHED REVISION: June 22, 2022 |
|---|---|
| LAST REVIEW: June 22, 2022 | NEXT REVIEW: June 22, 2023 |
| NMSPSC ACCREDITATION STANDARDS: PER.01.01 - PER.01.04 | |
| DISTRIBUTION: All Personnel | |

**POLICY:**

The Lea County Sheriff's Office is an equal opportunity employer. The Sheriff's policy is to establish a hiring process that is fair and impartial to all applicants. The goal of the Lea County Sheriff's Office is to ensure that all individuals be given equal opportunity to compete for employment, regardless of race, sex, color, age, religion, sex, sexual orientation, gender identity, national origin, ancestry, physical or mental disability or medical condition, veteran status, or any other legally protected status. The following procedures must be satisfactorily completed to be considered for acceptance into this agency as a sworn deputy.

**PER-1-01-1    ASSIGNMENT TO RECRUITMENT AND SELECTION ACTIVITIES**

A. Personnel assigned to conduct recruitment and selection activities will receive training in personnel matters, as well as equal employment opportunity as it affects the management and operations of the Sheriff's Office.

B. Prior to beginning recruitment and selection activities, assigned personnel will be trained in the following areas:

1. Sheriff's Office needs and commitments;

2. Career opportunities, salaries, benefits, and training;

3. Federal and state compliance guidelines;

4. Techniques of informal record-keeping for candidate tracking;

5. The selection process, including procedures involved in conducting background investigations and oral boards;

6. Characteristics that disqualify candidates; and

7. Medical requirements, to include the Americans with Disabilities Act.

**PER 1-01-2    RECRUITMENT**

A. Persons applying for sworn positions must meet the following eligibility standards:

1. Requirements outlined under New Mexico statute 29-7-6 [NMSA 1978] "Qualifications for certification"; and

2. Criteria outlined in the job description for Deputy Sheriff.

B. Application

1. All applicants shall complete a Lea County Employment Application.

2. Applications shall contain a complete list of eligibility requirements and describe the selection process.

3. Applications will be turned in to the Lea County Personnel Office and channeled to the agency's training officer for processing.

**PER 1-01-3    TESTING PROCEDURES**

A. All elements of the selection process will be administered, scored, evaluated, and interpreted fairly and uniformly for all candidates and each particular position.

B. Personnel involved in screening applicants shall be knowledgeable in the selection process functions.

**PER 1-01-4    SELECTION PROCESS**

A. Physical Requirement

1. Applicant must meet the physical standards required **for entry** to the New Mexico Law Enforcement Training Academy or its satellite academies.

B. Law Enforcement Written Test (POST)

1. Applicant must complete a written law enforcement test (Police Officer Selection Test) within the time allowed and receive a grade point that meets the minimum set forth by the New Mexico Law Enforcement Academy.

C. Background Investigation

1. A background will be conducted on all applicants by the Sheriff or his designee. The applicant's background must meet the necessary requirements set forth by the Sheriff of Lea County and the State of New Mexico.

2. A general records check will also be conducted during this process to include personal references.

D. Oral Board

1. Applicants must complete an oral interview board.

2. Upon successful completion of the above-listed categories, applicants may be offered a conditional offer of employment, and a criminal history and driver's license check will be conducted.

**EXHIBIT 12**