

**Human Resources**

**Policies and Procedures Manual**

Lea County Human Resources
100 N. Main Street, Suite 4
Lovington, NM 88260

(575) 396-8605

May 26, 2016

1st Amended April 5, 2018

| | | |
|---|---|---|
| File No. 1273-004 | **EXHIBIT 13** | MS_000346 |

---

Physical Examinations or Other Testing:
- Post-offer physical examinations and other testing may be required as identified in job descriptions, within the limits of applicable state and federal law.
- These post-offer screening tests will be at the County's expense. Any further testing or treatment recommended to an applicant by any of the testing practitioners will be at the applicant's own expense.
- Any applicant who voluntarily terminates their employment with the County prior to their six month anniversary date will be responsible for reimbursing the County the total costs of all post-offer screening tests.

Driving Record, Pre-Screening:
- A driver's DMV record will be obtained for all applicants considered for all county employment positions. A pattern of careless driving or reckless driving within the past five years may disqualify an applicant. A conviction of DWI/DUI in the past five (5) years may disqualify an applicant from employment.

**Ineligibility For Hire and Rehire**

An applicant shall be considered ineligible for hire or rehire by Lea County if the applicant has:
- Made any false statement or deliberate omission on the employment application.
- Not met the requirements of the position as stated in the job announcement; fails to complete or pass required tests; fails to complete or pass post-offer examinations including physical agility testing, or other requirements as determined by the Human Resources Department.
- Failed to submit a complete application or missed the established closing date of position.
- Not met the criteria for insurance or bonding as required by County policy or state law.
- Been certified by an appropriately licensed professional that the applicant cannot perform the essential function of the position.
- Been convicted of a felony or a misdemeanor as described NMSA 1978, Section 28-2-1, et seq., as amended or convicted of a felony or infamous crime as defined in NMSA 1978, Section 10-1-3, as amended.
- Makes a materially false statement, affirmatively or by way of omission.
- Directly or indirectly obtained information regarding any recruitment examination to which the applicant was not entitled.
- Participated in the compilation, administration or any part of the selection process in which the applicant is competing.

- 32 -

| | |
|---|---|
| File No. 1273-004 | MS_000382 |

---

- Failed to notify the interview panel that the applicant has familial, personal or romantic relationship with a member of the interview panel.
- Previously been terminated or resigned prior to being terminated from County employment for a disciplinary reason and determined ineligible for rehire.
- A record of conviction of a crime involving moral turpitude, the nature of which would affect the applicant's suitability for employment for the position for which the applicant has applied.
- Failed to appear for a scheduled interview or any other step of the selection process.
- Directly or indirectly given, paid, offered, solicited or accepted any valuable consideration, or secured or furnished any special or secret information, for the purpose of affecting the rights or prospects of any person with respect to employment in the County.
- The above list in not exhaustive and does not include all the reasons that would make an applicant ineligible for hire.

Ineligibility of Applicants for Deputy Sheriff and Detention Officer:
- No person under indictment or with pending criminal charges or who is generally known for having a bad character or as a disturber of the peace shall be eligible to serve as a deputy sheriff or detention officer.

- 33 -

| | |
|---|---|
| File No. 1273-004 | MS_000383 |

---

## Personnel Files

**Policy** — The County keeps certain records about each employee's employment in a personnel file. The documents contained within that file are the property of the County and must be maintained for government and County record keeping purposes. Some employment records are kept in separate file, such as records about

- Medical conditions and leave
- Investigations
- Worker's Compensation injuries and illnesses
- Benefit information
- I-9 requirements

All files connected with an employee are considered confidential, and access is limited to those who have a job-related need to know and who have been authorized to see the file and as permitted by law.

**Employee Access** — Current employees may ask the Human Resources department to inspect their personnel file. This inspection is to be supervised by the Human Resources department. No documents may be removed from the file.

**Former Employees** — Former employees may not have access to, or copies of, the former employee's personnel file unless required by law.

**Legal and Third Party Requests** — Employees must forward any legal or third party request for personnel files to the Legal department. The County reserves the right to request a subpoena and employee authorization before releasing any personnel documents to third parties.

**Record Retention** — The employee's personnel file is maintained in County archives in accordance with the County's Records Retention Schedule.

- 44 -

| | |
|---|---|
| File No. 1273-004 | MS_000394 |