**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZANE BROWN,

      Plaintiff,

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,

      Defendants.

No. 2:23-CV-00355-DHU-GJF

**DECLARATION OF MICHAEL WALKER**

1.     I am over the age of eighteen and am competent to testify as to the matters set forth herein.

2.     I swear under penalty of perjury and the laws of the State of New Mexico that the matters set forth in this Declaration are true and accurate as based on my personal knowledge.

3.     I am a certified law enforcement officer in the State of New Mexico and the undersheriff of the Lea County Sheriff's Office ("LCSO").

4.     In September 2021, I recall then LCSO Corporal Travis Hobbs contacting me while then Hobbs Police Department Sergeant Ahmaad White's employment application was pending for an open LCSO deputy position.

5.     I recall Mr. Hobbs asking me whether the posted $30.55 hourly rate for the deputy position could be increased to keep Mr. White in the hiring process since he was dissatisfied with the pay.

6.     I advised Mr. Hobbs that this was outside of my authority to permit as undersheriff.

FURTHER DECLARANT SAYETH NAUGHT

_____
Michael Walker, Declarant

4-2-26
Date:

**EXHIBIT 14**