UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AHMAAD WHITE,

      **Plaintiff,**

v.                            Case No.: 2:23-CV-01081-GJF-KRS

**BOARD OF COUNTY COMMISSIONERS
OF LEA COUNTY, NEW MEXICO,
CORY HELTON AND MICHAEL
WALKER, individually,**

      **Defendants.**

**PLAINTIFF AHMAAD WHITE'S RESPONSES TO DEFENDANTS BOARD OF
COUNTY COMMISSIONERS, COREY HELTON, AND MICHAEL WALKER'S FIRST
SET OF REQUESTS FOR ADMISSION TO PLAINTIFF AHMAAD WHITE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Ahmaad White ("**Plaintiff**")

responds to the following Requests for Admission:

**REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 1:** Admit the enclosed Exhibit A-3 is a complete and accurate copy of the amended employment application you submitted to the Lea County Sheriff's Office on October 7, 2021.

      Response: **Plaintiff admits only that Exhibit A-3 was produced by Defendant in discovery and appears on its face to be an employment application bearing Plaintiff's name/signature and initials and is dated 9-14-2021. Plaintiff denies the Request to the extent it seeks an admission that Exhibit A-3 is a *complete* copy or that it was submitted on October 7, 2021. Plaintiff does not possess a copy of the application and lacks possession, custody, or control of the original and/or Lea County's complete application file to verify whether the production includes all pages/attachments and does not know whether the application was**

**submitted on October 7, 2021. After a reasonable inquiry, the information known or readily obtainable by Plaintiff is insufficient to enable Plaintiff to admit that Exhibit A-3 is complete and that it was submitted on October 7, 2021. Plaintiff notes that the document itself shows that it is only pages 1-10 of 16.**

**REQUEST FOR ADMISSION NO. 2:** Admit that you withdrew your application for employment with the Lea County Sheriff's Office in 2021.

      Response: **Admitted.**

**REQUEST FOR ADMISSION NO. 3:** Admit that Zane Brown communicated with you concerning your employment background investigation with the Lea County Sheriff's Office while your 2021 application was still pending.

      Response: **Admitted.**

Respectfully submitted,

By:    */s/ Chris R. Miltenberger*
      Chris R. Miltenberger
      Texas Bar Number: 14171200

**Attorney-In-Charge**

**The Law Office of Chris R.
Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

**Attorney for Plaintiff**

**EXHIBIT 15**