EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 453-2022-01164 |

| New Mexico Dept of Workforce Solutions, Human Rights Bureau | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Zane O. Brown | 806-620-8934 | |

**Street Address**

22 Regency Square USA

HOBBS, NM 88242

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Lea County Sheriffs office | 15 - 100 Employees | |

**Street Address**

1417 S COMMERCIAL ST

LOVINGTON, NM 88260

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 09/01/2021    Latest: 07/20/2022 |
| National Origin, Race, Retaliation | |
| | Continuing Action |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. PERSONAL HARM: I was hired in 2014. I am currently in the position of a Criminal Investigator. As such, one of my collateral duties is to conduct background checks for potential hires. In or around September 2021, I conducted a search for a potential hire, Ahmaad White, Black male. His background did not clear completely due to an issue with some medication. I conducted his search similar to the other 2 searches I was responsible for. Mr. White was the only one who was not hired. I subsequently raised concerns with respect to this citing that not hiring him was possibility discrimination. On or around June 28, 2022, I was the subject of an internal investigation for having violated code of ethics. As a result of this investigation, I was informed by Jeremy Grady, my supervisor, that I was no longer able to be on a rotating night schedule (this schedule assisted me with a personal family situation). I am aware of another sheriff who committed same or similar infraction as I did and was only placed on leave as opposed to being precluded from working the night rotating schedule. Furthermore, I was told by Grady and Chief Deputy Martinez that it was because I "needed to be supervised" therefore I could only work during the day. After that, I participated in a complaint against the Under Sheriff, Michael Walker. Under Sheriff found out and accused me of "evidence of influencing an investigation of alleged misconduct on department personnel" and I was placed on administrative leave beginning July 20, 2022, to present. I was the only Criminal Investigator to be place on

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Zane O. Brown**  08/03/2022  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 453-2022-01164 |

| New Mexico Dept of Workforce Solutions, Human Rights Bureau | and EEOC |
|---|---|
| *State or local Agency, if any* | |

administrative leave for this reason. Furthermore, Mr. Walker makes comments about my shoes, Vans, calling them "hip hop shoes", constantly. A female Criminal Investigator Diana, also wear Vans and she is not told they are "hip hop shoes". II. RESPONDENT'S REASON FOR ADVERSE HARM:On or around July 12, 2022, I attempted to file a verbal complaint with HR Craig Bova however Bova informed me I had to put it in writing. one week later, I was placed on administrative leave. On or around July 27, 2022, I also filed a complaint via email to the county manager. And on July 28, 2022, I filed a complaint with the city manager. I have yet to receive a response to my complaints.I believe that I have been discriminated against due to my Race, White, National Origin, Hispanic, and retaliated against in the manner generally described above, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Zane O. Brown**  08/03/2022  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE  (*month, day, year*) |

**File No. 1273-004**

MS_000460