**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ZANE BROWN,
      **Plaintiff,**
                          No. 2:23-CV-00355-DHU/GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
COREY HELTON, and
MICHAEL WALKER,

      **Defendants.**

**DEFENDANT COREY HELTON'S ANSWERS AND RESPONSES TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR PRODUCTION, INTERROGATORIES, AND
REQUESTS FOR ADMISSION**

Defendant Corey Helton ("Sheriff Helton") by and through counsel of record MYNATT SPRINGER P.C. (Benjamin Y. Young and Haley R. Grant) hereby provide his Answers and Responses to Plaintiff's First Set of Requests for Production, Interrogatories, and Requests for Admission pursuant to Fed. R. Civ. P. 26 as follows:

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:** All communications (including text messages, Whatsapp, email) you have sent or received relating to Plaintiff since he first complained about Ahmaad White's LSCO hiring process.

**RESPONSE:**

Sheriff Helton objects to the Request as vague, directed at the wrong party, and not proportional to the needs of the case considering the importance of the discovery in resolving the issues and the burden and expense of the proposed discovery outweighs its likely benefit. Sheriff Helton further objects to the Request as seeking materials prepared in anticipation of litigation, attorney work product, and attorney client communications.

**EXHIBIT 18**

**INTERROGATORY NO. 3:** Describe your involvement in decisions relating to Plaintiff's demotion, write-ups, and internal investigations.

**ANSWER:**

Sheriff Helton objects to the Interrogatory insofar as it is vague and directed at the wrong party. Plaintiff defines "you" as referring to mean the County's employees, representatives, and agents. Sheriff Helton is not in possession of responsive information in the County or its other employees, representatives, or agents' possession. Sheriff Helton may have also received legal advice from counsel during and/or since the allegations arose. As an individual, Sheriff Helton cannot account for every conversation that all County employees, representatives, and agents have ever had concerning Plaintiff's discipline and internal investigations.

Notwithstanding the objections, Sheriff Helton refers to the investigative materials related to Plaintiff's discipline and Plaintiff's disciplinary documents in his personnel file. *See* previously produced Bates numbered 000055-00058, 000628, 000631, 000635-000651, 000654, 000670-000714, 000716-000726, 000728-000740 and Bates numbered 000837-000838. Sheriff Helton recalls the Law Enforcement Family Festival at Green Meadows where DA Luce complained about Plaintiff. Sheriff Helton went to someone with LCSO to conduct an investigation into the complaints described above. Sheriff Helton also discovered additional issues with Investigator Diana Garcia and Investigator Jasmine Sanchez, and so he asked that these be investigated. These were subsequently investigated in the above investigations. Sheriff Helton also recalls various complaints from the Child Advocacy Center, the Phoenix House, the DA's office, and potentially others related to the complaints investigated in the above referenced documents.