**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ZANE BROWN,**

**Plaintiff,** **No. 2:23-CV-00355-DHU-GJF**

**v.**

**LEA COUNTY BOARD OF**
**COUNTY COMMISSIONERS,**

**Defendant.**

**DEFENDANT LEA COUNTY BOARD OF COUNTY COMMISSIONERS' OBJECTIONS TO PLAINTIFF'S TRIAL FACT WITNESSES**

Defendant Lea County Board of County Commissioners (the "County") by and through counsel of record MYNATT SPRINGER P.C. (Blaine T. Mynatt, Benjamin J. Young, and Haley R. Grant) hereby submits its Objections to Plaintiff's Trial Fact Witnesses in anticipation of the September 28, 2026 through October 9, 2026 trial pursuant to the Court's August 13, 2026 Pretrial Order as follows:

| Fact Witness | Basis for Objection |
|---|---|
| 1. Ahmaad White[1] | Fed. R. Evid. 401, 402, 403, and 404 |
| 2. Robert Blanchard[2] | Fed. R. Evid. 401, 402, 403, and 404 |

[1] The County also refers the Court to its Motion in Limine to exclude References, Evidence, and Testimony concerning Ahmaad White's County Employment Applications and Plaintiff's related alleged Report of Racial Bias filed concurrent with these objections.

[2] The County refers the Court to its Motion in Limine seeking an Instruction precluding Jury Consideration of References, Testimony, and Evidence concerning Plaintiff's Post-Employment Retaliation Allegation in support of Counts I-III, and VI filed concurrent with these objections.

| | |
|---|---|
| 3. Joe Clark[3] | Fed. R. Evid. 401, 402, 403, and 404 |
| 4. Aaron Rodriguez[4] | Fed. R. Evid. 401, 402, 403, and 404 |
| 5. Jesse Gonzales[5] | Fed. R. Evid. 401, 402, 403, and 404 |
| 6. Ivonne Etter | Fed. R. Evid. 401, 402, 403, and 404; Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e) |
| 7. Billy Martinez[6] | Fed. R. Evid. 401, 402, 403, and 404 |
| 8. Alvin Mattocks[7] | Fed. R. Evid. 401, 402, 403, and 404 |
| 9. Mike Tovar[8] | Fed. R. Evid. 401, 402, 403, and 404 |
| 10. Vicente Garcia[9] | Fed. R. Evid. 401, 402, 403, and 404 |

[3] The County refers the Court to its Motion in Limine seeking an Instruction precluding Jury Consideration of References, Testimony, and Evidence concerning Plaintiff's Post-Employment Retaliation Allegation in support of Counts I-III, and VI filed concurrent with these objections.

[4] The County refers the Court to its Motion in Limine seeking an Instruction precluding Jury Consideration of References, Testimony, and Evidence concerning Plaintiff's Post-Employment Retaliation Allegation in support of Counts I-III, and VI filed concurrent with these objections.

[5] The County refers the Court to its Motion in Limine seeking an Instruction precluding Jury Consideration of References, Testimony, and Evidence concerning Plaintiff's Post-Employment Retaliation Allegation in support of Counts I-III, and VI filed concurrent with these objections.

[6] The County refers the Court to its Motion in Limine seeking an Instruction precluding Jury Consideration of References, Testimony, and Evidence concerning Plaintiff's Post-Employment Retaliation Allegation in support of Counts I-III, and VI filed concurrent with these objections.

[7] The County refers the Court to its Motion in Limine seeking an Instruction precluding Jury Consideration of References, Testimony, and Evidence concerning Plaintiff's Post-Employment Retaliation Allegation in support of Counts I-III, and VI filed concurrent with these objections.

[8] The County also refers the Court to its Motion in Limine to exclude References, Evidence, and Testimony concerning Ahmaad White's County Employment Applications and Plaintiff's related alleged Report of Racial Bias filed concurrent with these objections.

[9] The County also refers the Court to its Motion in Limine to exclude References, Evidence, and Testimony concerning Ahmaad White's County Employment Applications and Plaintiff's related alleged Report of Racial Bias filed concurrent with these objections.

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
BENJAMIN J. YOUNG
New Mexico Bar No. 144702
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
btm@mynattspringer.com
bjy@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that, on August 21, 2026, a copy of the foregoing pleading was served on the below counsel of record via CM/ECF and electronic mail:

Benjamin Gubernick
Curtis R. Waldo
ben@wglawllp.com
curtis@wglawllp.com
*Attorneys for Plaintiff*

HALEY R. GRANT