**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ZANE BROWN,**

**Plaintiff,** **No. 2:23-CV-00355-DHU-GJF**

**v.**

**LEA COUNTY BOARD OF COUNTY COMMISSIONERS,**

**Defendant.**

**DEFENDANT LEA COUNTY BOARD OF COUNTY COMMISSIONERS' OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS**

Defendant Lea County Board of County Commissioners (the "County") by and through counsel of record MYNATT SPRINGER P.C. (Blaine T. Mynatt, Benjamin J. Young, and Haley R. Grant) hereby submits its Objections to Plaintiff's Trial Exhibits List in anticipation of the September 28, 2026 through October 9, 2026 trial pursuant to the Court's August 13, 2026 Pretrial Order as follows:

| Exhibit | Objection |
|---|---|
| 1. Audio recording of conversation with Craig Bova, Brown BN 679 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 2. Audio recording of conversation with Jeremy Grady, Brown BN 680 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 3. Audio recording of conversation with Jon Martinez, Brown BN 680 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 4. Audio recording of conversation with Corey Helton, Brown BN 681 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 5. Audio recording disciplinary hearing, Brown BN 682 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 6. Transcript of Kirk Williams interview, Doc. 97-1, pp. 19-20 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). The transcript is further without proper authentication nor is the underlying recording produced to verify the accuracy and the best evidence rules precludes its admission. *See* Fed. R. Evid. 901; Fed. R. Evid. 801(c); Fed. R. Evid. 1002. |

| | |
|---|---|
| 7. Audio recording of call between Ahmaad White and Corey Helton, Brown BN 693 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 8. March 4, 2022 memorandum from Michael Walker to Jon Martinez, BN 10 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 9. Complaint from Selena Savell, BN 251 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures, nor has Plaintiff offered a fact witness to authenticate the record, nor is the recording excepted from the rules against hearsay. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e); Fed. R. Evid. 901; Fed. R. Evid. 801(c). |
| 10. Cody Rogers interview of Michael Walker, BN 338 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). Plaintiff has also not called any witness who may authenticate the recording, nor is the recording excepted from the rules against hearsay. Fed. R. Evid. 901; Fed. R. Evid. 801(c). |
| 11. Cody Rogers interview of Karina Tello, BN 328 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). Plaintiff has also not called any witness who may authenticate the record, nor is the recording excepted from the rule against hearsay. Fed. R. Evid. 901; Fed. R. Evid. 801(c). |
| 12. Cody Rogers investigative report, BN 315-321 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). Plaintiff has also not called any witness who may authenticate the document nor is the report excepted from the rule against hearsay. Fed. R. Evid. 901; Fed. R. Evid. 801(c). |
| 13. Review of Zane Brown employment file by Craig Bova | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). Plaintiff has not produced the document or shown where may be found or when it was prepared, nor is the document authenticated or excepted from the rules against hearsay. Fed. R. Evid. 901; Fed. R. Evid. 801(c). |
| 14. Notice of demotion, BN 138-139 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |
| 15. Draft criminal complaint, BN 167 | The exhibit was not identified or disclosed in Plaintiff's initial or supplemental disclosures. Fed. R. Civ. P. 26(a)(i); Fed. R. Civ. P. 26(e). |

Respectfully submitted,

MYNATT SPRINGER P.C.

BLAINE T. MYNATT
New Mexico Bar No. 9471
BENJAMIN J. YOUNG
New Mexico Bar No. 144702
HALEY R. GRANT
New Mexico Bar No. 145671
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
btm@mynattspringer.com
bjy@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that, on August 21, 2026, a copy of the foregoing pleading was served on the below counsel of record via CM/ECF and electronic mail:

Benjamin Gubernick
Curtis R. Waldo
ben@wglawllp.com
curtis@wglawllp.com
*Attorneys for Plaintiff*

HALEY R. GRANT