**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZANE BROWN,
Plaintiff,

No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,
Defendant.

**Verdict Form 2**
**§ 1983 Municipal Liability**

If you found that a County official violated Plaintiff Zane Brown's constitutional right to free speech under the First Amendment, you must decide if a County policy, longstanding practice, or widespread custom was the moving force which caused the violation.

On the questions submitted, the jury finds as follows:

**A). Policy, Practice, or Custom**

*Question 1*: Did you find that the County had an official policy or a widespread or longstanding practice or custom that reflected the County's deliberate indifference to the First Amendment rights of County employees?

*Answer*: Yes (Yes or No)

If you answered, "yes," to Question 1, answer Question 2. If you answered "No" to Question 1, then move on to the next Jury Instruction.

*Question 2:* Did you find that this County policy, custom, or practice was the moving force that caused a County employee or representative to violate a First Amendment right of Plaintiff Zane Brown?

*Answer*: Yes (Yes or No)

If you answered, "yes," to Question 2, answer Question 3. If you answered "No" to Question 2, then move on to the next Jury Instruction.

*Question 3*: Did Plaintiff Zane Brown suffer damages due to the County policy, custom, or practice?

*Answer*: Yes (Yes or No)

If you answered "yes," answer Question 4. If you answered "No" to Question 3, then move on to the next Jury Instruction.

*Question 4*: In accordance with the damage instructions given by the court, we find the damages suffered by Zane Brown to be:

Actual Damages: $ 200,000

Back pay: $ 90,000

Front pay: $ 600,000

**B). Final Policymaker**

*Question 1*: Did Corey Helton, acting under color of state law, deprive plaintiff Zane Brown of his rights under the laws of the United States Constitution?

*Answer*: Yes (Yes or No)

If you answered "yes" to Question 1, answer Question 2. If you answered "No" to Question 1, then move on to the next Jury Instruction.

*Question 2*: Did Corey Helton have final policymaking authority from the County concerning these acts?

*Answer*: Yes (Yes or No)

If you answered "yes" to Question 2, then answer Question 3. If you answered "No" to Question 2, then move on to the next Jury Instruction.

*Question 3*: When Corey Helton engaged in these acts, was he acting as a final policymaker for the County?

*Answer*: Yes (Yes or No)

If you answered "yes" to Question 3, answer Question 4. If you answered "No" to Question 3, then move on to the next Jury Instruction.

*Question 4*: Did the acts of Corey Helton cause the deprivation of Zane Brown's rights?

*Answer*: Yes (Yes or No)

If you answered "yes" to question 4, answer Question 5. If you answered "No" to Question 4, then move on to the next Jury Instruction.

*Question 5*: Did Plaintiff Zane Brown suffer damages due to the acts of Helton?

*Answer*: Yes (Yes or No)

If you answered "yes" to Question 5, then answer Question 6. If you answered "No" to Question 5, then move on to the next Jury Instruction.

*Question 6*: In accordance with the damage instructions given by the court, we find the damages suffered by Zane Brown to be:

Actual Damages: $ 200,000

Back pay: $ 90,000

Front pay: $ 600,000