**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZANE BROWN,

Plaintiff, No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,

Defendant.

**Verdict Form 3**
**Title VII Retaliation**

On the questions submitted, the jury finds as follows:

*Question 1:* Did Plaintiff Zane Brown express his reasonable and good faith belief that the County engaged in race discrimination against Ahmaad White?

*Answer:* No (Yes or No)

If your answer is "yes," answer Question 2. If your answer is "no," then move on to the next jury instruction.

*Question 2:* Did the County take a material adverse action against Zane Brown on account of his expression?

*Answer:* __________ (Yes or No)

If your answer is "yes," answer Question 3. If your answer is "no," then move on to the next jury instruction.

*Question 3*: Did Plaintiff Zane Brown suffer damages due to the material adverse action?

*Answer*: __________ (Yes or No)

If your answer is "yes" to Question 3, answer Question 4. If your answer is "no," do not answer Question 4 and continue to the next Jury Instruction.

*Question 4*: In accordance with the damage instructions given by the court, we find the damages suffered by Zane Brown to be:

Actual Damages: $____________

Back pay: $____________

Front pay: $____________

______________________________________

Foreperson