**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZANE BROWN,

Plaintiff,

No. 2:23-CV-00355-DHU-GJF

v.

LEA COUNTY BOARD OF
COUNTY COMMISSIONERS,

Defendant.

**Verdict Form 4**
**13-2327. Whistleblower Protection Act; special verdict.**

On the questions submitted, the jury finds as follows:

*Question 1*: Did Zane Brown engage in protected activity?

*Answer*: Yes (Yes or No)

If the answer to Question 1 is "Yes," answer Question 2. If the answer to Question 1 is "no," **do not** answer Questions 2, 3, 4, or 5.

*Question 2*: Did the County take retaliatory action against Zane Brown?

*Answer*: Yes (Yes or No)

If the answer to Question 2 is "Yes," answer Question 3. If the answer to Question 2 is "no," **do not** answer Questions 3, 4, or 5.

*Question 3*: Was Zane Brown's engagement in protected activity a cause of the retaliatory action by the County?

*Answer*: Yes (Yes or No)

If the answer to Question 3 is "Yes," answer Question 4. If the answer to Question 3 is "no," **do not** answer Questions 4 or 5.

*Question 4*: Did the County's retaliation against Zane Brown cause damage to Mr. Brown?

*Answer*: Yes (Yes or No)

If the answer to Question 4 is "Yes," answer Question 5. If the answer to Question 4 is "no," **do not** answer Question 5.

*Question 5*: In accordance with the damage instructions given by the court, we find the damages suffered by Zane Brown to be:

| | |
|---|---|
| Back pay: | $ 90,000 |
| Compensatory Damages: | $ 200,000 |